FILED
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD
AUG 14 2017
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: DEPUTY

# UNITED STATES DISTRICT COURT

for the

District of Nevada

________ Division

| | |
|---|---|
| Antonio Luis Freire Et al, Persona Propria Sui Juris,<br><br>*Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Case No. ________<br>*(to be filled in by the Clerk's Office)*<br><br>Jury Trial: *(check one)* ☐ Yes ☑ No |
| -v- | |
| Diane Sullivan Et al, Regional Justice Center Et al, State Bar of Nevada Et al, Melissa A. Saragosa Et al,<br><br>*Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | 2:17-cv-02185-RFB-VCF |

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Antonio Luis Freire |
| Street Address | 3890 Cambridge Street #308 |
| City and County | Las Vegas, County of Clark |
| State and Zip Code | Nevada [89119] |
| Telephone Number | (702) 613-8612 |
| E-mail Address | 308LawGroup@gmail.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Diane Sullivan Et al, |
| Job or Title *(if known)* | Judge |
| Street Address | 200 Lewis Avenue |
| City and County | City of Las Vegas, County of Clark |
| State and Zip Code | State of Nevada [89101] |
| Telephone Number | (702) 671-0842 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Regional Justice Center Et al, |
| Job or Title *(if known)* | |
| Street Address | 200 Lewis Avenue |
| City and County | City of Las Vegas, County of Clark |
| State and Zip Code | State of Nevada [89101] |
| Telephone Number | (702) 455-4528 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | State Bar of Nevada Et al, |
| Job or Title *(if known)* | |
| Street Address | 3100 West Charleston Blvd. Suite 100 |
| City and County | City of Las Vegas, County of Clark |
| State and Zip Code | State of Nevada [89102] |
| Telephone Number | (702) 385-2878 |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | Melissa A. Saragosa Et al, |
| Job or Title *(if known)* | Judge |
| Street Address | 200 Lewis Avenue |
| City and County | City of Las Vegas, County of Clark |
| State and Zip Code | State of Nevada [89101] |
| Telephone Number | (702) 671-3367 |
| E-mail Address *(if known)* | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Article I Section 10 Judge Sullivan and Saragossa impaired my contract(s) and impeded my commerce, She should be liable under Article II Section 4 because she was given notice and should have been given notice by her superiors, Article III Section 3, Article IV Section 1 and 2, Article VI inclusive, Amendment 1, Amendment VI, Amendment IX, Title 8 Section 241 and 242 and Title 15 (inclusive) Section 1 and 2.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

a. If the plaintiff is an individual

The plaintiff, *(name)* Antonio Luis Freire Et al, , is a citizen of the State of *(name)* California .

b. If the plaintiff is a corporation

The plaintiff, *(name)* __________, is incorporated under the laws of the State of *(name)* __________, and has its principal place of business in the State of *(name)* __________.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

a. If the defendant is an individual

The defendant, *(name)* Diane Sullivan Et al, , is a citizen of the State of *(name)* unknown . Or is a citizen of *(foreign nation)* London, England (Title 8 Sec. 1481) .

b. If the defendant is a corporation

The defendant, *(name)* ______________________, is incorporated under the laws of the State of *(name)* ______________________, and has its principal place of business in the State of *(name)* ______________________.

Or is incorporated under the laws of *(foreign nation)* ______________________, and has its principal place of business in *(name)* ______________________.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

In accordance with Title 18 Section 3571; $100,000.00 (ONE HUNDRED THOUSAND DOLLARS) U.S.D. per count for each violation of oath of office and $1,000,000.00 (ONE MILLION DOLLARS) U.S.D. per count for each violation of Title 15. If Defendants do not pay said amounts and litigation is mandated then I may seek compensatory and/or punitive damages in accordance with 499 US 1.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I mailed a CLAIM OF RIGHT (Attachment 1) to the Chief Justice of the following courts; US Supreme Court, 9th Circuit Appellate Court (San Francisco), United States District Court in the District of Nevada and State of Nevada Supreme Court, as well as the Bar Association of the State of Nevada (evidence of such mailings is Attachment 2). I went into court to defend a friend/contracted client, and was denied, under threat of arrest at gunpoint, the right to defend him. This happened on the on the 31st of July and again on the 1st of August, 2017 in an open court of law in front of multiple witnesses.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I demand the judge(s) be impeached and sanctioned in accordance with Article II Section 4 and charged criminally and civilly with violations of Title 18 Section 241 and 242 as well as Title 15. I demand payment for the violations of the federal constitution and federal laws as listed above. Because due process was violated against each client, I demand their cases be dismissed with prejudice (if they have not been so). I demand payment as mentioned in this COMPLAINT as damages for my injuries. I have a claim for which relief may be granted.

I do not advertise my services as an "attorney in fact". I will and do only represent personal friends and loved ones. I have worked alongside both Eric Baez and Aaron Sherwood as a promoter and when I made the move to "lawyer" they asked me to assist them. I am not here to "tear down the wall", but rather to guide my friends and loved ones through a hole in it, to freedom. Being that there is no limitation to redress of government and I have filed a claim in a timely manner, it is only time until all agents of government who choose to act upon their individual capacity and violate my rights will suffer criminal and civil penalties. I mainly blame the LVMPD for their acts of fraud through vicarious liability thrust upon the people in violation(s) of 769 F.2d 1344, 1348 (1985).

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: __________

Signature of Plaintiff [signature]

Printed Name of Plaintiff antonio luis freire Et al,

### B. For Attorneys

Date of signing: __________

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

# CLAIM OF RIGHT AFFIDAVIT

1) After having been duly sworn I, Antonio Luis Freire, agent, in my correct public capacity as beneficiary to the Original Jurisdiction, being of majority age, competent to testify, a self-realized and free sentient man upon the land, my yes be yes, my no be no, do state that the truths and facts herein are of firsthand personal knowledge and that they are true, correct, complete, not just true and correct, certain and not misleading.
2) Antonio Luis Freire has knowledge of copyright laws, and therefore, Antonio Luis Freire has observed the copyright symbol(s) contained within what appears to be ALL Books, Codes, References, Reporters, and the like dealing with law, and such symbol's use and employment in providing notice that the contents therein are the private property of the copyright owner, and Antonio Luis Freire freely admitting that Antonio Luis Freire has neither grant, franchise, license, NOR letter-patent to use said contents, NOR practice the same. Please be advised that ALL Cites thereto, and excerpts therefrom, are utilized and employed herein merely for educational and communicational purposes, to display from where Antonio Luis Freire present understanding inheres from, and, due to the depth of the matter with which this controversy attempts to cover. This disclaimer shall be in effect for the entirety of these proceedings.
3) Antonio Luis Freire is not to be considered a decedent. He has a name and social security number, that number is XXX-XX-XXXX. Antonio Luis Freire (as defined by Nevada Revised Statutes 0.039) is an Authorized Representative for ANTONIO LUIS FREIRE, (a California corporation as defined by Nevada Revised Statutes 205.4611) and is not an attorney so he may be heard by the court in this case, in sworn testimony and through his written word when such is sworn under oath or affirmation.
4) Antonio Luis Freire is claiming to be a Pro Se litigant; allegations such as those asserted by petitioner, however inartfully decreed, are sufficient… which we hold to less stringent standards than formal pleadings drafted by lawyers. **Haines –vs.- Kerner**, 404 U.S. 519 (Reversed & Remanded), and **Woods –vs- Carey**, 525 F3d 886, 889-890 (Reversed & Remanded), and claims Pro Per, in his own person, a rule in pleading that pleas to the jurisdiction of the Court must be pleaded in propria persona, see **Kay –vs.- Ehrler**, 499 U.S. 432. "...The requirement of standing, however, has a core component derived directly from the Constitution. A plaintiff must allege personal injury fairly traceable to defendant's allegedly unlawful conduct and likely to be redressed by the requested relief." Allen v. Wright, 468 U.S. 737 (1984).
5) If at any time in the past Antonio Luis Freire inadvertently waived his rights, surrendered his rights or in any way lessened his status through contract, it would be a nullity as such would have been done without full disclosure, clean hands, good faith, and fair business practices furthermore it would be unconscionable. Let's be clear, no man or woman would knowingly sign away their rights.
6) Express Reservation of Rights: On and for the record, on the face of the court record, Antonio Luis Freire hereby expressly reserves all rights under Nevada and International Law, specifically, Nevada Revised Statutes 104.1308 the Uniform Commercial Code 1-308 as well as international treaties and other Common Law and Superior Court decisions.

7) This is a self-executing contract. Notice to the principal is notice to the agent, notice to the agent is notice to the principal. You are hereby bound to inform all of your superiors and subordinates involved in this matter. If there is something you do not understand clearly, it is incumbent upon you to summon a superior officer, special prosecutor, federal judge or other competent legal counsel to immediately explain the significance of this instrument as per your duties and obligations in respect to this private formal instrument. You have 3, three days from the receipt of this NOTICE to respond on a point by point basis, via sworn Affidavit, under full commercial liability, signing under penalty of perjury that the facts contained therein are true, correct, complete and not misleading. Mere declarations are an insufficient response and a complete nullity. If an extension of time is needed to properly answer, please request such in writing. Failure to respond will be deemed Nihil Dicit Tacit Acquiescence and constitutes agreement with the facts stated within this AFFIDAVIT and as an acceptance of liability. Traitors, Protestants, Liberals and Heretics take heed for I oppose your causes for I am a dignitary with diplomatic immunity here to assist the injured off of the battlefield as is my right. I am a non-combatant and a man of peace. I am one of the protected People and all agents of government are hereby assigned the title of fiduciary to me as such it is your and their duty to protect me as a high priority. I am a man of good will.
8) I have noticed (which is defined as; put on legal notice) by having an independent 3rd party mail copies of this AFFIDAVIT to the following persons on my behalf:

   a. Chief Justice of the United States
   John G. Roberts, Jr., at
   1 First Street, NE, Washington, DC 20543.

   b. Chief Justice 9th Circuit Appellate Court
   Sidney R. Thomas at
   95 7th St, San Francisco, CA 94103.

   c. Chief Justice of the US District Court
   for the District of Nevada
   Judge Gloria M. Navarro, at
   333 South Las Vegas Blvd.,
   Las Vegas, Nevada 89101

   d. Chief Justice of the
   State of Nevada Supreme Court
   Ron Parraguirre at
   201 South Carson Street, Suite 201,
   Carson City Nevada 89701 and

   e. Executive Director for
   The State Bar of Nevada
   Kimberly Farmer at
   3100 W. Charleston Blvd. Suite 100
   Las Vegas, NV 89102.

9) The continued existence of a free and democratic society depends upon recognition of the concept that justice is based upon the rule of law grounded in respect for the dignity of the individual and his capacity through reason for enlightened self-government. Law so grounded makes justice possible, for only through such law does the dignity of the individual attain respect and protection. Without it, individual rights become subject to unrestrained power, respect for law is destroyed, and rational self-government is impossible. No man is so high above the law that they may violate the rights of the People with impunity.

10) Lawyers, as guardians of the law, play a vital role in the preservation of society. The fulfillment of this role requires an understanding by lawyers of their relationship with and function in our legal system. A consequent obligation of lawyers is to maintain the highest standards of ethical conduct. In fulfilling his professional responsibilities, a lawyer necessarily assumes various roles that require the performance of many difficult tasks. Not every situation which he may encounter can be foreseen, but fundamental ethical principles are always present to guide him.

11) It is evident that lawyers have forgotten their duties and obligations by the fact that such a high percentage of cases end with the imprisonment and warehousing of citizens who have not injured another living soul or their property. Since Amendment VI of the federal constitution mandates that the People be allowed Assistance of Counsel for their defense, any limitations or sanctions levied against me for administering such assistance would be a denial of a clearly established constitutional right.

12) Further evidence of the stringent and extensive restrictions of the government can be found throughout the federal constitution. In the 1st Amendment redress of the government has no limitation by time. If one does not successfully defend his rights, he has until his last breath on Earth to seek redress for violations of his rights.

13) Because of the higher level of authority and power held by both judges and lawyers, there are more restrictions and obligations which government officers who hold those titles must answer to. Specifically I speak of the Canons of Law. The canons of professional ethics and cannons of law must be enforced by all courts but most importantly by the Superior Courts when courts of inferior jurisdiction violate such canons and in doing so, violate the rights of the People. Furthermore these canons must be adhered to by members of the Bar if we are to maintain public confidence in the integrity and impartiality of the administration of justice.

14) It is said that in order to become a lawyer in Nevada, the person needs to apply to the State Bar of Nevada and pass the Bar Exam. That may be seen as acceptable in a free society until one understands the law. While the US Supreme Court case NAACP v. Button, (371 U.S. 415) decided that a non-lawyer may assist other members of the group, a wholly different issue was decided in Schware v. Board of Examiners of NM 353 U.S. 232, 239 (1957) wherein it was decided that "Equal protection under the law of the 14th Amendment allows that anyone may practice law."

15) To further establish this fact in law Shuttlesworth v City of Birmingham Alabama, 373 US 262 (1963): Said that if the state does convert your right into a privilege and charge a license and a fee for it you can ignore the license and fee, and engage in the right with impunity. Since the BAR Association requires individuals who wish to practice law to get a license and pay a fee (annual dues), they may be seen as being in contempt of court for disobeying the ruling of the Supreme Court of the United States.

16) Under Title 15 the federal government allows free trade and does not allow monopolies, levying severe sanctions for all those who would violate the rights of the People. Specifically Title 15 U.S. Code § 1 - Trusts, etc., in restraint of trade illegal; penalty, Title 15 U.S. Code § 2 - Monopolizing trade a felony; penalty and Title 15 U.S. Code § 3 - Trusts in Territories or District of Columbia illegal; combination a felony. This is further demonstrated throughout the remainder of Title 15 as though fully enumerated herein.

17) Further government constitutional restrictions may be found in the Nevada Constitution Article 1 Section 15 and the Federal Constitution Article 1 Section 10 which mandate that "No state shall pass any law impairing the obligation of contracts."

18) As our founding fathers wrote in treaty after treaty and federal law upon federal law, the People are free to do as they choose and the penalties for trespassing upon the rights of the People are stringent and extensive. The fundamental rights of the individual are so prominent in law, one need only read the 9th Amendment to the federal constitution to understand government is restricted from infringing upon any right the People choose to name as their own whether they claim such right as a prerogative right, natural right or inalienable right.

19) I have studied law since October of 2010. I live by a wholly different code of ethics and justice. It is my religious understanding through Scientology that "All men of whatever race, color or creed were created equal with equal rights. That all men have inalienable rights to their own religious practices and their performance. That all men have inalienable rights to their own lives. That all men have inalienable rights to their sanity. That all men have inalienable rights to their own defense. That all men have inalienable rights to conceive, choose, assist or support their own organizations, churches and governments. That all men have inalienable rights to think freely, to talk freely, to write freely their own opinions and to counter or utter or write upon the opinions of others. That all men have inalienable rights to the creation of their own kind. That the souls of men have the rights of men. That the study of the mind and the healing of mentally caused ills should not be alienated from religion nor condoned in non-religious fields. And that no agency less than God has the power to suspend or set aside these rights, overtly or covertly. AND WE OF THE CHURCH BELIEVE That Man is basically good. That he is seeking to survive. That his survival depends upon himself and upon his fellows and his attainment of brotherhood with the universe. AND WE OF THE CHURCH BELIEVE THAT THE LAWS OF GOD FORBID MAN to destroy his own kind. To destroy the sanity of another. To destroy or enslave another's soul. To destroy or reduce the survival of one's companions or one's group. AND WE OF THE CHURCH BELIEVE the spirit can be saved and That the spirit alone may save or heal the body." Taken from Scientology 0-8 The Book Of Basics page 409-410.

20) As a man of honor I also have a (religious) code I live by which demands that I never desert a comrade in need, in danger or in trouble. I never withdraw allegiance once granted. I never desert a group to which I owe my support. I never compromise with my own reality (This is not limited to mere groups one may easily recognize). I have a responsibility as a Scientologist as enumerated in THE CODE OF A SCIENTOLOGIST as found in the book Scientology 0-8 The Book Of Basics Pages 389 to 390 "4. To decry and do all I can to abolish any and all abuses against life and mankind... 8. To support true humanitarian endeavors in the fields of human rights. 9. To embrace the policy of equal justice for all. 10. To work for freedom of speech in the world. 11. To actively decry the suppression of

knowledge, wisdom, philosophy or data which would help Mankind. 12. To support the freedom of religion. 17. To take my share of responsibility for the impact of Scientology upon the world. 20. To make the world a saner, better place.

21) It is my wish to help. A basic fact to support this is that if all government agencies follow their Oath of Office and employment contracts they have nothing to fear from me assisting others. If government agents break no laws and comply to their constitutional restrictions they have nothing to fear from the law. I wish to keep the US de facto government in place. I have studied law at length and really see how free we are as a People. I just wish to use the courts, to correct those government officials who violate the Public Trust and who violate the rights of the People for profit. I personally believe through my efforts and those like me who will follow that we will attain our goals and have a world without war and without criminality. I have seen the evils of man and wish to remove such harmful actions from the face of the Earth.

22) As all of my clients (which is defined as paying customers) are elders of the community I will have a written contract which outlines my pay and duties and responsibilities. It is acceptable to me to be called:

1. Private Attorney General.
2. A solicitor.
3. A barrister.
4. Assistance of Counsel.
5. Advocate.
6. Next Friend.
7. Translator.
8. Guardian Ad Litem.
9. General Guardian.
10. A Conservator.
11. General Executor.

23) I reserve my unlimited right to contract as existed long antecedent to the formation of government as a "natural right" which is protected from encroachment by any government official under state and federal constitutions, specifically protected in Article 1 Section 15 of the Nevada State Constitution and Article 1 Section 10 of the United States Constitution.

24) Since public officials are required to swear an oath to uphold the Constitution (as per Article VI, Clause 3), for these same officials to ignore the Court's precedents is equal to a violation of that oath in accordance with Article 4 Section 2. Even though education is the responsibility of the state government, that responsibility must be carried out in a manner consistent with the requirements of the Constitution, particularly the Fourteenth Amendment which provides equal protection under the law.

25) I reserve my right to carry on my own private business in my own way. My power to contract is unlimited. I owe no duty to the State to divulge my business, or to open my doors to an investigation, so far as such may tend to incriminate myself. I owe no such duty to the State, since I receive nothing therefrom beyond the protection of my life and property. My rights are such as existed by the law of the land long antecedent to the organization of the State, and can only be taken away from me by due process of law (not statute), and in accordance with the constitution.

26) On and for the record, this matter is to be on the Public Record, while the matter remains a private Bar Guild matter, I demand an audio and video recording of the proceedings to ensure that all government officials (defined as: Officers, Agents, Representatives and Actors) adhere (defined as: representing truthfully and in detail) to their public oath of office.

27) Despite these government officials having sworn a solemn secret absolute oath to their Guild (known as: The American Bar Association) I demand for these proceedings that the government officials involved in these proceedings support, protect and defend the Constitution and Government of the United States, and the Constitution and government of the State of Nevada, against all enemies, whether domestic or foreign, and that they will bear true faith, allegiance and loyalty to the same, any ordinance, resolution or law of any state notwithstanding, and that they will well and faithfully perform all the duties of their office.

28) In recognition of your service to the community, I hereby accept your oath of office (making each oath a contract). I bind you to your oath of office (making the oath a lawfully bilateral binding contract). I offer you my honor and accept yours in this dealing (this is the consideration of contract). I remind you of your fiduciary obligation (notice of required performance of contract). I extend my sovereign immunity while you carry out my orders. (indemnity of the person while taking the action).

29) I demand that any government official who is unwilling to adhere to their public oath of office to serve honestly, impartiality and fairly as dictated by their public oath (as defined in Nevada Revised Statute 282.020) must recuse themselves as having a conflict of interest and cannot possibly stand under a public oath. Anything less shall be seen as the government agent waging war against the constitution as well as me and my person and my client.

30) Any claim of "immunity" which the government agents could possibly make is a fraud, because if valid, it would prevent removal from office for crimes against the people, which removal is authorized or even mandated under the U.S. Constitution Article 2, Section 4, as well as 18 U.S.C. 241, 42 U.S.C. 1983, 1985, 1986 and other state constitutions.

31) I am both a general guardian and general executor of the matter (trust) before the court, any presumptions that I am by default a pauper, lunatic and therefore must obey the rules of the clerk of guardians (clerk of magistrates court) is hereby void.

32) I am here today by special appearance and refuse to accept the office of trustee as a "public servant" and "government employee" I am merely visiting by "invitation" to clear up the matter and you are not a government employee or public trustee in this instance.

33) I am the clearly established and expressly designated Beneficiary of the constitution as is my client. The public oath of office binds all government officials in a fiduciary obligation to me (as defined by NRS 0.039) and my person (as defined by NRS 205.4611). I am both the general guardian and general executor of the matter (trust) before the court.

34) I hereby assert my right as general Executor and general Beneficiary over my body, mind, soul and property. Therefore, I contend that the judge/magistrate may not assume the role of "true" executor and has no right and no authority to have me arrested, detained, fined or forced into a psychiatric evaluation.

35) I am knowledgeable of the law, I am knowledgeable of the contract, therefore I am competent to represent myself and my person properly as well as others. As an elder of

the community, I know my position as executor and beneficiary and actively rebuke and object to any contrary presumptions.

36) Because the state has failed to prove I am an enemy combatant the actions being brought against me or my person amount to an act of war against one of the people.

37) I did not come this far to fail.

38) Further affiant sayeth not.

Sincerely,

ANTONIO LUIS FREIRE, Agent
3890 CAMBRIDGE STREET Unit 308
LAS VEGAS, NEVADA 89119

SUBSCRIBED and SWORN to before me
On this 28th day of March, 2017

WITNESS — DATE 03/28/2017

JACKSON BROWN
WITNESS — DATE 03 28 2017

WITNESS — DATE 03/28/2017

# CLAIM OF RIGHT
# 2ND NOTICE
# AFFIDAVIT

1) After having been duly sworn I, Antonio Luis Freire, agent, in my correct public capacity as beneficiary to the Original Jurisdiction, being of majority age, competent to testify, a self-realized and free sentient man upon the land, my yes be yes, my no be no, do state that the truths and facts herein are of firsthand personal knowledge and that they are true, correct, complete, not just true and correct, certain and not misleading.
2) Antonio Luis Freire has knowledge of copyright laws, and therefore, Antonio Luis Freire has observed the copyright symbol(s) contained within what appears to be ALL Books, Codes, References, Reporters, and the like dealing with law, and such symbol's use and employment in providing notice that the contents therein are the private property of the copyright owner, and Antonio Luis Freire freely admitting that Antonio Luis Freire has neither grant, franchise, license, NOR letter-patent to use said contents, NOR practice the same. Please be advised that ALL Cites thereto, and excerpts therefrom, are utilized and employed herein merely for educational and communicational purposes, to display from where Antonio Luis Freire present understanding inheres from, and, due to the depth of the matter with which this controversy attempts to cover. This disclaimer shall be in effect for the entirety of these proceedings.
3) Antonio Luis Freire is not to be considered a decedent. He has a name and social security number, that number is XXX-XX-XXXX. Antonio Luis Freire (as defined by Nevada Revised Statutes 0.039) is an Authorized Representative for ANTONIO LUIS FREIRE, (a California corporation as defined by Nevada Revised Statutes 205.4611) and is not an attorney so he may be heard by the court in this case, in sworn testimony and through his written word when such is sworn under oath or affirmation.
4) Antonio Luis Freire is claiming to be a Pro Se litigant; allegations such as those asserted by petitioner, however inartfully decreed, are sufficient... which we hold to less stringent standards than formal pleadings drafted by lawyers. **Haines –vs.- Kerner**, 404 U.S. 519 (Reversed & Remanded), and **Woods –vs- Carey**, 525 F3d 886, 889-890 (Reversed & Remanded), and claims Pro Per, in his own person, a rule in pleading that pleas to the jurisdiction of the Court must be pleaded in propria persona, see **Kay –vs.- Ehrler**, 499 U.S. 432. "...The requirement of standing, however, has a core component derived directly from the Constitution. A plaintiff must allege personal injury fairly traceable to defendant's allegedly unlawful conduct and likely to be redressed by the requested relief." Allen v. Wright, 468 U.S. 737 (1984).
5) If at any time in the past Antonio Luis Freire inadvertently waived his rights, surrendered his rights or in any way lessened his status through contract, it would be a nullity as such would have been done without full disclosure, clean hands, good faith, and fair business practices furthermore it would be unconscionable. Let's be clear, no man or woman would knowingly sign away their rights.
6) Express Reservation of Rights: On and for the record, on the face of the court record, Antonio Luis Freire hereby expressly reserves all rights under Nevada and International

3100 W. Charleston Blvd. Suite 100
Las Vegas, NV 89102.

9) The continued existence of a free and democratic society depends upon recognition of the concept that justice is based upon the rule of law grounded in respect for the dignity of the individual and his capacity through reason for enlightened self-government. Law so grounded makes justice possible, for only through such law does the dignity of the individual attain respect and protection. Without it, individual rights become subject to unrestrained power, respect for law is destroyed, and rational self-government is impossible. No man is so high above the law that they may violate the rights of the People with impunity.

10) Lawyers, as guardians of the law, play a vital role in the preservation of society. The fulfillment of this role requires an understanding by lawyers of their relationship with and function in our legal system. A consequent obligation of lawyers is to maintain the highest standards of ethical conduct. In fulfilling his professional responsibilities, a lawyer necessarily assumes various roles that require the performance of many difficult tasks. Not every situation which he may encounter can be foreseen, but fundamental ethical principles are always present to guide him.

11) It is evident that lawyers have forgotten their duties and obligations by the fact that such a high percentage of cases end with the imprisonment and warehousing of citizens who have not injured another living soul or their property. Since Amendment VI of the federal constitution mandates that the People be allowed Assistance of Counsel for their defense, any limitations or sanctions levied against me for administering such assistance would be a denial of a clearly established constitutional right.

12) Further evidence of the stringent and extensive restrictions of the government can be found throughout the federal constitution. In the 1st Amendment redress of the government has no limitation by time. If one does not successfully defend his rights, he has until his last breath on Earth to seek redress for violations of his rights.

13) Because of the higher level of authority and power held by both judges and lawyers, there are more restrictions and obligations which government officers who hold those titles must answer to. Specifically I speak of the Canons of Law. The canons of professional ethics and cannons of law must be enforced by all courts but most importantly by the Superior Courts when courts of inferior jurisdiction violate such canons and in doing so, violate the rights of the People. Furthermore these canons must be adhered to by members of the Bar if we are to maintain public confidence in the integrity and impartiality of the administration of justice.

14) It is said that in order to become a lawyer in Nevada, the person needs to apply to the State Bar of Nevada and pass the Bar Exam. That may be seen as acceptable in a free society until one understands the law. While the US Supreme Court case NAACP v. Button, (371 U.S. 415) decided that a non-lawyer may assist other members of the group, a wholly different issue was decided in Schware v. Board of Examiners of NM 353 U.S. 232, 239 (1957) wherein it was decided that "Equal protection under the law of the 14th Amendment allows that anyone may practice law."

15) To further establish this fact in law Shuttlesworth v City of Birmingham Alabama, 373 US 262 (1963): Said that if the state does convert your right into a privilege and charge a license and a fee for it you can ignore the license and fee, and engage in the right with impunity. Since the BAR Association requires individuals who wish to practice law to get

endeavors in the fields of human rights. 9. To embrace the policy of equal justice for all. 10. To work for freedom of speech in the world. 11. To actively decry the suppression of knowledge, wisdom, philosophy or data which would help Mankind. 12. To support the freedom of religion. 17. To take my share of responsibility for the impact of Scientology upon the world. 20. To make the world a saner, better place.

21) It is my wish to help. A basic fact to support this is that if all government agencies follow their Oath of Office and employment contracts they have nothing to fear from me assisting others. If government agents break no laws and comply to their constitutional restrictions they have nothing to fear from the law. I wish to keep the US de facto government in place. I have studied law at length and really see how free we are as a People. I just wish to use the courts, to correct those government officials who violate the Public Trust and who violate the rights of the People for profit. I personally believe through my efforts and those like me who will follow that we will attain our goals and have a world without war and without criminality. I have seen the evils of man and wish to remove such harmful actions from the face of the Earth.

22) As all of my clients (which is defined as paying customers) are elders of the community I will have a written contract which outlines my pay and duties and responsibilities. It is acceptable to me to be called:

1. Private Attorney General.
2. A solicitor.
3. A barrister.
4. Assistance of Counsel.
5. Advocate.
6. Next Friend.
7. Translator.
8. Guardian Ad Litem.
9. General Guardian.
10. A Conservator.
11. General Executor.

23) I reserve my unlimited right to contract as existed long antecedent to the formation of government as a "natural right" which is protected from encroachment by any government official under state and federal constitutions, specifically protected in Article 1 Section 15 of the Nevada State Constitution and Article 1 Section 10 of the United States Constitution.

24) Since public officials are required to swear an oath to uphold the Constitution (as per Article VI, Clause 3), for these same officials to ignore the Court's precedents is equal to a violation of that oath in accordance with Article 4 Section 2. Even though education is the responsibility of the state government, that responsibility must be carried out in a manner consistent with the requirements of the Constitution, particularly the Fourteenth Amendment which provides equal protection under the law.

25) I reserve my right to carry on my own private business in my own way. My power to contract is unlimited. I owe no duty to the State to divulge my business, or to open my doors to an investigation, so far as such may tend to incriminate myself. I owe no such duty to the State, since I receive nothing therefrom beyond the protection of my life and property. My rights are such as existed by the law of the land long antecedent to the

35) I am knowledgeable of the law, I am knowledgeable of the contract, therefore I am competent to represent myself and my person properly as well as others. As an elder of the community, I know my position as executor and beneficiary and actively rebuke and object to any contrary presumptions.
36) Because the state has failed to prove I am an enemy combatant the actions being brought against me or my person amount to an act of war against one of the people.
37) I did not come this far to fail.
38) Further affiant sayeth not.

Sincerely,

ANTONIO LUIS FREIRE, Agent
3890 CAMBRIDGE STREET Unit 308
LAS VEGAS, NEVADA 89119

SUBSCRIBED and SWORN to before me
On this 18 day of April, 2017

WITNESS Albert K Jackson — April 18, 2017 DATE

WITNESS — 18 April, 2017 DATE

WITNESS — 4/18/2017 DATE

# CLAIM OF RIGHT
# NOTICE OF DEFAULT
# AFFIDAVIT

1) After having been duly sworn I, Antonio Luis Freire, agent, in my correct public capacity as beneficiary to the Original Jurisdiction, being of majority age, competent to testify, a self-realized and free sentient man upon the land, my yes be yes, my no be no, do state that the truths and facts herein are of firsthand personal knowledge and that they are true, correct, complete, not just true and correct, certain and not misleading.
2) Antonio Luis Freire has knowledge of copyright laws, and therefore, Antonio Luis Freire has observed the copyright symbol(s) contained within what appears to be ALL Books, Codes, References, Reporters, and the like dealing with law, and such symbol's use and employment in providing notice that the contents therein are the private property of the copyright owner, and Antonio Luis Freire freely admitting that Antonio Luis Freire has neither grant, franchise, license, NOR letter-patent to use said contents, NOR practice the same. Please be advised that ALL Cites thereto, and excerpts therefrom, are utilized and employed herein merely for educational and communicational purposes, to display from where Antonio Luis Freire present understanding inheres from, and, due to the depth of the matter with which this controversy attempts to cover. This disclaimer shall be in effect for the entirety of these proceedings.
3) Antonio Luis Freire is not to be considered a decedent. He has a name and social security number, that number is XXX-XX-XXXX. Antonio Luis Freire (as defined by Nevada Revised Statutes 0.039) is an Authorized Representative for ANTONIO LUIS FREIRE, (a California corporation as defined by Nevada Revised Statutes 205.4611) and is not an attorney so he may be heard by the court in this case, in sworn testimony and through his written word when such is sworn under oath or affirmation.
4) Antonio Luis Freire is claiming to be a Pro Se litigant; allegations such as those asserted by petitioner, however inartfully decreed, are sufficient… which we hold to less stringent standards than formal pleadings drafted by lawyers. **Haines –vs.- Kerner**, 404 U.S. 519 (Reversed & Remanded), and **Woods –vs- Carey**, 525 F3d 886, 889-890 (Reversed & Remanded), and claims Pro Per, in his own person, a rule in pleading that pleas to the jurisdiction of the Court must be pleaded in propria persona, see **Kay –vs.- Ehrler**, 499 U.S. 432. "...The requirement of standing, however, has a core component derived directly from the Constitution. A plaintiff must allege personal injury fairly traceable to defendant's allegedly unlawful conduct and likely to be redressed by the requested relief." Allen v. Wright, 468 U.S. 737 (1984).
5) If at any time in the past Antonio Luis Freire inadvertently waived his rights, surrendered his rights or in any way lessened his status through contract, it would be a nullity as such would have been done without full disclosure, clean hands, good faith, and fair business practices furthermore it would be unconscionable. Let's be clear, no man or woman would knowingly sign away their rights.
6) Express Reservation of Rights: On and for the record, on the face of the court record, Antonio Luis Freire hereby expressly reserves all rights under Nevada and International

Law, specifically, Nevada Revised Statutes 104.1308 the Uniform Commercial Code 1-308 as well as international treaties and other Common Law and Superior Court decisions.

7) This is a self-executing contract. Notice to the principal is notice to the agent, notice to the agent is notice to the principal. You are hereby bound to inform all of your superiors and subordinates involved in this matter. If there is something you do not understand clearly, it is incumbent upon you to summon a superior officer, special prosecutor, federal judge or other competent legal counsel to immediately explain the significance of this instrument as per your duties and obligations in respect to this private formal instrument. You have 3, three days from the receipt of this NOTICE to respond on a point by point basis, via sworn Affidavit, under full commercial liability, signing under penalty of perjury that the facts contained therein are true, correct, complete and not misleading. Mere declarations are an insufficient response and a complete nullity. If an extension of time is needed to properly answer, please request such in writing. Failure to respond will be deemed Nihil Dicit Tacit Acquiescence and constitutes agreement with the facts stated within this AFFIDAVIT and as an acceptance of liability. Traitors, Protestants, Liberals and Heretics take heed for I oppose your causes for I am a dignitary with diplomatic immunity here to assist the injured off of the battlefield as is my right. I am a non-combatant and a man of peace. I am one of the protected People and all agents of government are hereby assigned the title of fiduciary to me as such it is your and their duty to protect me as a high priority. I am a man of good will.

8) I have noticed (which is defined as; put on legal notice) by having an independent 3rd party mail copies of this AFFIDAVIT to the following persons on my behalf:

   a. Chief Justice of the United States
      John G. Roberts, Jr., at
      1 First Street, NE, Washington, DC 20543.

   b. Chief Justice 9th Circuit Appellate Court
      Sidney R. Thomas at
      95 7th St, San Francisco, CA 94103.

   c. Chief Justice of the US District Court
      for the District of Nevada
      Judge Gloria M. Navarro, at
      333 South Las Vegas Blvd.,
      Las Vegas, Nevada 89101

   d. Chief Justice of the
      State of Nevada Supreme Court
      Ron Parraguirre at
      201 South Carson Street, Suite 201,
      Carson City Nevada 89701 and

   e. Executive Director for
      The State Bar of Nevada
      Kimberly Farmer at

3100 W. Charleston Blvd. Suite 100
Las Vegas, NV 89102.

9) The continued existence of a free and democratic society depends upon recognition of the concept that justice is based upon the rule of law grounded in respect for the dignity of the individual and his capacity through reason for enlightened self-government. Law so grounded makes justice possible, for only through such law does the dignity of the individual attain respect and protection. Without it, individual rights become subject to unrestrained power, respect for law is destroyed, and rational self-government is impossible. No man is so high above the law that they may violate the rights of the People with impunity.
10) Lawyers, as guardians of the law, play a vital role in the preservation of society. The fulfillment of this role requires an understanding by lawyers of their relationship with and function in our legal system. A consequent obligation of lawyers is to maintain the highest standards of ethical conduct. In fulfilling his professional responsibilities, a lawyer necessarily assumes various roles that require the performance of many difficult tasks. Not every situation which he may encounter can be foreseen, but fundamental ethical principles are always present to guide him.
11) It is evident that lawyers have forgotten their duties and obligations by the fact that such a high percentage of cases end with the imprisonment and warehousing of citizens who have not injured another living soul or their property. Since Amendment VI of the federal constitution mandates that the People be allowed Assistance of Counsel for their defense, any limitations or sanctions levied against me for administering such assistance would be a denial of a clearly established constitutional right.
12) Further evidence of the stringent and extensive restrictions of the government can be found throughout the federal constitution. In the 1st Amendment redress of the government has no limitation by time. If one does not successfully defend his rights, he has until his last breath on Earth to seek redress for violations of his rights.
13) Because of the higher level of authority and power held by both judges and lawyers, there are more restrictions and obligations which government officers who hold those titles must answer to. Specifically I speak of the Canons of Law. The canons of professional ethics and cannons of law must be enforced by all courts but most importantly by the Superior Courts when courts of inferior jurisdiction violate such canons and in doing so, violate the rights of the People. Furthermore these canons must be adhered to by members of the Bar if we are to maintain public confidence in the integrity and impartiality of the administration of justice.
14) It is said that in order to become a lawyer in Nevada, the person needs to apply to the State Bar of Nevada and pass the Bar Exam. That may be seen as acceptable in a free society until one understands the law. While the US Supreme Court case NAACP v. Button, (371 U.S. 415) decided that a non-lawyer may assist other members of the group, a wholly different issue was decided in Schware v. Board of Examiners of NM 353 U.S. 232, 239 (1957) wherein it was decided that "Equal protection under the law of the 14th Amendment allows that anyone may practice law."
15) To further establish this fact in law Shuttlesworth v City of Birmingham Alabama, 373 US 262 (1963): Said that if the state does convert your right into a privilege and charge a license and a fee for it you can ignore the license and fee, and engage in the right with impunity. Since the BAR Association requires individuals who wish to practice law to get

a license and pay a fee (annual dues), they may be seen as being in contempt of court for disobeying the ruling of the Supreme Court of the United States.

16) Under Title 15 the federal government allows free trade and does not allow monopolies, levying severe sanctions for all those who would violate the rights of the People. Specifically Title 15 U.S. Code § 1 - Trusts, etc., in restraint of trade illegal; penalty, Title 15 U.S. Code § 2 - Monopolizing trade a felony; penalty and Title 15 U.S. Code § 3 - Trusts in Territories or District of Columbia illegal; combination a felony. This is further demonstrated throughout the remainder of Title 15 as though fully enumerated herein.

17) Further government constitutional restrictions may be found in the Nevada Constitution Article 1 Section 15 and the Federal Constitution Article 1 Section 10 which mandate that "No state shall pass any law impairing the obligation of contracts."

18) As our founding fathers wrote in treaty after treaty and federal law upon federal law, the People are free to do as they choose and the penalties for trespassing upon the rights of the People are stringent and extensive. The fundamental rights of the individual are so prominent in law, one need only read the 9th Amendment to the federal constitution to understand government is restricted from infringing upon any right the People choose to name as their own whether they claim such right as a prerogative right, natural right or inalienable right.

19) I have studied law since October of 2010. I live by a wholly different code of ethics and justice. It is my religious understanding through Scientology that "All men of whatever race, color or creed were created equal with equal rights. That all men have inalienable rights to their own religious practices and their performance. That all men have inalienable rights to their own lives. That all men have inalienable rights to their sanity. That all men have inalienable rights to their own defense. That all men have inalienable rights to conceive, choose, assist or support their own organizations, churches and governments. That all men have inalienable rights to think freely, to talk freely, to write freely their own opinions and to counter or utter or write upon the opinions of others. That all men have inalienable rights to the creation of their own kind. That the souls of men have the rights of men. That the study of the mind and the healing of mentally caused ills should not be alienated from religion nor condoned in non-religious fields. And that no agency less than God has the power to suspend or set aside these rights, overtly or covertly. AND WE OF THE CHURCH BELIEVE That Man is basically good. That he is seeking to survive. That his survival depends upon himself and upon his fellows and his attainment of brotherhood with the universe. AND WE OF THE CHURCH BELIEVE THAT THE LAWS OF GOD FORBID MAN to destroy his own kind. To destroy the sanity of another. To destroy or enslave another's soul. To destroy or reduce the survival of one's companions or one's group. AND WE OF THE CHURCH BELIEVE the spirit can be saved and That the spirit alone may save or heal the body." Taken from Scientology 0-8 The Book Of Basics page 409-410.

20) As a man of honor I also have a (religious) code I live by which demands that I never desert a comrade in need, in danger or in trouble. I never withdraw allegiance once granted. I never desert a group to which I owe my support. I never compromise with my own reality (This is not limited to mere groups one may easily recognize). I have a responsibility as a Scientologist as enumerated in THE CODE OF A SCIENTOLOGIST as found in the book Scientology 0-8 The Book Of Basics Pages 389 to 390 "4. To decry and do all I can to abolish any and all abuses against life and mankind... 8. To support true humanitarian

35) I am knowledgeable of the law, I am knowledgeable of the contract, therefore I am competent to represent myself and my person properly as well as others. As an elder of the community, I know my position as executor and beneficiary and actively rebuke and object to any contrary presumptions.
36) Because the state has failed to prove I am an enemy combatant the actions being brought against me or my person amount to an act of war against one of the people.
37) I did not come this far to fail.
38) Further affiant sayeth not.

Sincerely,

ANTONIO LUIS FREIRE, Agent
3890 CAMBRIDGE STREET Unit 308
LAS VEGAS, NEVADA 89119

SUBSCRIBED and SWORN to before me
On this 8th day of May, 2017

WITNESS — DATE May 8, 2017

WITNESS — DATE 5.8.2017

WITNESS — DATE 5-8-17

7016 1370 0000 0205 8606

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

CARSON CITY, NV 89701 OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee $ $3.35 | 0077 |
| Extra Services & Fees (check box, add fee as appropriate) $2.75 | |
| ☐ Return Receipt (hardcopy) $ $0.00 | |
| ☐ Return Receipt (electronic) $ $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery $ $0.00 | UNIVERSITY STATION MAR 30 2017 |
| ☐ Adult Signature Required $ $0.00 | |
| ☐ Adult Signature Restricted Delivery $ $0.00 | |
| Postage $ $0.70 | |
| Total Postage and Fees $ $6.80 | 03/30/2017 |

Sent To: Chief Justice Ron Parraguirre
Street and Apt. No., or PO Box No.: 201 South Carson st. ste. 201
City, State, ZIP+4®: Carson City, Nv. 89701

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

7016 1370 0000 0205 8613

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

LAS VEGAS, NV 89101 OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee $ $3.35 | 0077 06 |
| Extra Services & Fees (check box, add fee as appropriate) $2.75 | |
| ☐ Return Receipt (hardcopy) $ $0.00 | Postmark Here |
| ☐ Return Receipt (electronic) $ $0.00 | UNIVERSITY STATION MAR 30 2017 USPS |
| ☐ Certified Mail Restricted Delivery $ $0.00 | |
| ☐ Adult Signature Required $ $0.00 | |
| ☐ Adult Signature Restricted Delivery $ $0.00 | |
| Postage $ $0.70 | |
| Total Postage and Fees $ $6.80 | 03/30/2017 |

Sent To: Judge Gloria M. Navarro
Street and Apt. No., or PO Box No.: 333 South Las Vegas Blvd
City, State, ZIP+4®: Las Vegas, Nv. 89101

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

7016 1370 0000 0205 8569

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

SAN FRANCISCO, CA 94103 OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee $ $3.35 | 0077 06 |
| Extra Services & Fees (check box, add fee as appropriate) $2.75 | |
| ☐ Return Receipt (hardcopy) $ $0.00 | Postmark Here |
| ☐ Return Receipt (electronic) $ $0.00 | UNIVERSITY STATION MAR 30 2017 USPS |
| ☐ Certified Mail Restricted Delivery $ $0.00 | |
| ☐ Adult Signature Required $ $0.00 | |
| ☐ Adult Signature Restricted Delivery $ $0.00 | |
| Postage $ $0.70 | |
| Total Postage and Fees $ $6.80 | 03/30/2017 |

Sent To: Chief Justice 9th Circuit App. Court S.R. Thomas
Street and Apt. No., or PO Box No.: 95 7th st.
City, State, ZIP+4®: San Francisco, Ca. 94103

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

7016 1370 0000 0205 8521

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

WASHINGTON, DC 20543 OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee $ $3.35 | 0077 06 |
| Extra Services & Fees (check box, add fee as appropriate) $2.75 | |
| ☐ Return Receipt (hardcopy) $ $0.00 | Postmark Here |
| ☐ Return Receipt (electronic) $ $0.00 | UNIVERSITY STATION MAR 30 2017 USPS |
| ☐ Certified Mail Restricted Delivery $ $0.00 | |
| ☐ Adult Signature Required $ $0.00 | |
| ☐ Adult Signature Restricted Delivery $ $0.00 | |
| Postage $ $0.70 | |
| Total Postage and Fees $ $6.80 | 03/30/2017 |

Sent To: Chief Justice U.S. John G. Roberts, Jr.
Street and Apt. No., or PO Box No.: 1 First st. NE Washington, D.C. 20543
City, State, ZIP+4®:

7016 1370 0000 0205 8590

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

LAS VEGAS, NV 89102 OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee $ $3.35 | 0077 06 |
| Extra Services & Fees (check box, add fee as appropriate) $2.75 | |
| ☐ Return Receipt (hardcopy) $ $0.00 | Postmark Here |
| ☐ Return Receipt (electronic) $ $0.00 | UNIVERSITY STATION MAR 30 2017 |
| ☐ Certified Mail Restricted Delivery $ $0.00 | |
| ☐ Adult Signature Required $ $0.00 | |
| ☐ Adult Signature Restricted Delivery $ $0.00 | |
| Postage $ $0.70 | |
| Total Postage and Fees $ $6.80 | 03/30/2017 |

Sent To: Executive Director Kimberly Farmer
Street and Apt. No., or PO Box No.: 3100 W. Charleston Blvd. ste. 100
City, State, ZIP+4®: Las Vegas, Nv. 89102

7016 0600 0000 8179 5134

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

LAS VEGAS, NV 89102

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | $3.35 |
| Extra Services & Fees (check box, add fee as appropriate) | $2.75 |
| ☐ Return Receipt (hardcopy) | $0.00 |
| ☐ Return Receipt (electronic) | $0.00 |
| ☐ Certified Mail Restricted Delivery | $0.00 |
| ☐ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $1.19 |
| Total Postage and Fees | $7.29 |

0017 05

Postmark Here: 89119 USPS VALLEY STATION APR 21 2017 04/21/2017

Sent To: Executive Director Kimberly Farmer
Street and Apt. No., or PO Box No.: 3100 W. Charleston blvd. ste. 100
City, State, ZIP+4®: Las Vegas, Nv. 89102

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

7016 0600 0000 8179 5219

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

SAN FRANCISCO, CA 94103

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | $3.35 |
| Extra Services & Fees (check box, add fee as appropriate) | $2.75 |
| ☐ Return Receipt (hardcopy) | $0.00 |
| ☐ Return Receipt (electronic) | $0.00 |
| ☐ Certified Mail Restricted Delivery | $0.00 |
| ☐ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $1.19 |
| Total Postage and Fees | $7.29 |

0017 05

Postmark Here: 89119 USPS PARADISE VALLEY STATION APR 21 2017 04/21/2017

Sent To: Chief Justice S.R. Thomas 9th Cir. App. Court
Street and Apt. No., or PO Box No.: 95 7th st.
City, State, ZIP+4®: San Francisco, Ca. 94103

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

7016 0600 0000 8179 5202

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

CARSON CITY, NV 89701

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | $3.35 |
| Extra Services & Fees (check box, add fee as appropriate) | $2.75 |
| ☐ Return Receipt (hardcopy) | $0.00 |
| ☐ Return Receipt (electronic) | $0.00 |
| ☐ Certified Mail Restricted Delivery | $0.00 |
| ☐ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $1.19 |
| Total Postage and Fees | $7.29 |

0017 05

Postmark Here: 89119 USPS PARADISE VALLEY APR 21 2017 04/21/2017

Sent To: Chief Justice R. Parraguirre
Street and Apt. No., or PO Box No.: 201 S. Carson st. ste. 201
City, State, ZIP+4®: Carson City, Nv. 89701

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

7016 0600 0000 8179 5196

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

WASHINGTON, DC 20543

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | $3.35 |
| Extra Services & Fees (check box, add fee as appropriate) | $2.75 |
| ☐ Return Receipt (hardcopy) | $0.00 |
| ☐ Return Receipt (electronic) | $0.00 |
| ☐ Certified Mail Restricted Delivery | $0.00 |
| ☐ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $1.19 |
| Total Postage and Fees | $7.29 |

0017 05

Postmark Here: 89119 USPS PA VALLEY STATION APR 21 2017 04/21/2017

Sent To: Chief Justice John G. Roberts Jr.
Street and Apt. No., or PO Box No.: 1 first street, NE, ~~Washington~~
City, State, ZIP+4®: Washington, DC 20543

7016 0600 0000 8179 5189

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

LAS VEGAS, NV 89101

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | $3.35 |
| Extra Services & Fees (check box, add fee as appropriate) | $2.75 |
| ☐ Return Receipt (hardcopy) | $0.00 |
| ☐ Return Receipt (electronic) | $0.00 |
| ☐ Certified Mail Restricted Delivery | $0.00 |
| ☐ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $1.19 |
| Total Postage and Fees | $7.29 |

0017 05

Postmark Here: 89119 STATION APR 21 2017 04/21/2017

Sent To: Chief Justice Gloria Navarro
Street and Apt. No., or PO Box No.: 333 So. Las Vegas blvd
City, State, ZIP+4®: Las Vegas, Nv. 89101

7016 0600 0000 8179 5066

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

SAN FRANCISCO, CA 94103

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee $ | $3.35 |
| Extra Services & Fees (check box, add fee as appropriate) | $2.75 |
| ☐ Return Receipt (hardcopy) $ | $0.00 |
| ☐ Return Receipt (electronic) $ | $0.00 |
| ☐ Certified Mail Restricted Delivery $ | $0.00 |
| ☐ Adult Signature Required $ | $0.00 |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $ | $0.70 |
| Total Postage and Fees $ | $6.80 |

0077
25
Postmark Here
MAY 11 2017
05/11/2017

Sent To: Chief Justice Sidney Thomas
Street and Apt. No., or PO Box No.: 95 7th st.
City, State, ZIP+4®: San Francisco, Ca. 94103

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

7016 0600 0000 8179 5059

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

WASHINGTON, DC 20543

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee $ | $3.35 |
| Extra Services & Fees (check box, add fee as appropriate) | $2.75 |
| ☐ Return Receipt (hardcopy) $ | $0.00 |
| ☐ Return Receipt (electronic) $ | $0.00 |
| ☐ Certified Mail Restricted Delivery $ | $0.00 |
| ☐ Adult Signature Required $ | $0.00 |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $ | $0.70 |
| Total Postage and Fees $ | $6.80 |

0077
25
Postmark Here
MAY 11 2017
05/11/2017

Sent To: Chief Justice John G. Roberts Jr.
Street and Apt. No., or PO Box No.: 1 First Street, N.E.
City, State, ZIP+4®: Washington, DC 20543

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

7016 0600 0000 8179 5073

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

LAS VEGAS, NV 89101

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee $ | $3.35 |
| Extra Services & Fees (check box, add fee as appropriate) | $2.75 |
| ☐ Return Receipt (hardcopy) $ | $0.00 |
| ☐ Return Receipt (electronic) $ | $0.00 |
| ☐ Certified Mail Restricted Delivery $ | $0.00 |
| ☐ Adult Signature Required $ | $0.00 |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $ | $0.70 |
| Total Postage and Fees $ | $6.80 |

0077
25
Postmark Here
MAY 11 2017
05/11/2017

Sent To: Chief Justice Gloria Navarro
Street and Apt. No., or PO Box No.: 333 S. Las Vegas Blvd.
City, State, ZIP+4®: Las Vegas, Nv. 89101

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

7016 0600 0000 8179 5080

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

CARSON CITY, NV 89701

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee $ | $3.35 |
| Extra Services & Fees (check box, add fee as appropriate) | $2.75 |
| ☐ Return Receipt (hardcopy) $ | $0.00 |
| ☐ Return Receipt (electronic) $ | $0.00 |
| ☐ Certified Mail Restricted Delivery $ | $0.00 |
| ☐ Adult Signature Required $ | $0.00 |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $ | $0.70 |
| Total Postage and Fees $ | $6.80 |

0077
25
Postmark Here
MAY 11 2017
05/11/2017

Sent To: Chief Justice Ron Parraguirre
Street and Apt. No., or PO Box No.: 201 S. Carson street ste. 201
City, State, ZIP+4®: Carson City, Nv. 89701

7016 0600 0000 8179 5097

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

LAS VEGAS, NV 89102

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee $ | $3.35 |
| Extra Services & Fees (check box, add fee as appropriate) | $2.75 |
| ☐ Return Receipt (hardcopy) $ | $0.00 |
| ☐ Return Receipt (electronic) $ | $0.00 |
| ☐ Certified Mail Restricted Delivery $ | $0.00 |
| ☐ Adult Signature Required $ | $0.00 |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $ | $0.70 |
| Total Postage and Fees $ | $6.80 |

0077
25
Postmark Here
MAY 11 2017
05/11/2017

Sent To: Executive Director K. Farmer
Street and Apt. No., or PO Box No.: 3100 W. Charleston Blvd. ste 100
City, State, ZIP+4®: Las Vegas, Nv. 89102

# CLAIM OF RIGHT
# AFFIDAVIT

1) After having been duly sworn I, Antonio Luis Freire, agent, in my correct public capacity as beneficiary to the Original Jurisdiction, being of majority age, competent to testify, a self-realized and free sentient man upon the land, my yes be yes, my no be no, do state that the truths and facts herein are of firsthand personal knowledge and that they are true, correct, complete, not just true and correct, certain and not misleading.
2) Antonio Luis Freire has knowledge of copyright laws, and therefore, Antonio Luis Freire has observed the copyright symbol(s) contained within what appears to be ALL Books, Codes, References, Reporters, and the like dealing with law, and such symbol's use and employment in providing notice that the contents therein are the private property of the copyright owner, and Antonio Luis Freire freely admitting that Antonio Luis Freire has neither grant, franchise, license, NOR letter-patent to use said contents, NOR practice the same. Please be advised that ALL Cites thereto, and excerpts therefrom, are utilized and employed herein merely for educational and communicational purposes, to display from where Antonio Luis Freire present understanding inheres from, and, due to the depth of the matter with which this controversy attempts to cover. This disclaimer shall be in effect for the entirety of these proceedings.
3) Antonio Luis Freire is not to be considered a decedent. He has a name and social security number, that number is XXX-XX-XXXX. Antonio Luis Freire (as defined by Nevada Revised Statutes 0.039) is an Authorized Representative for ANTONIO LUIS FREIRE, (a California corporation as defined by Nevada Revised Statutes 205.4611) and is not an attorney so he may be heard by the court in this case, in sworn testimony and through his written word when such is sworn under oath or affirmation.
4) Antonio Luis Freire is claiming to be a Pro Se litigant; allegations such as those asserted by petitioner, however inartfully decreed, are sufficient… which we hold to less stringent standards than formal pleadings drafted by lawyers. **Haines –vs.- Kerner**, 404 U.S. 519 (Reversed & Remanded), and **Woods –vs- Carey**, 525 F3d 886, 889-890 (Reversed & Remanded), and claims Pro Per, in his own person, a rule in pleading that pleas to the jurisdiction of the Court must be pleaded in propria persona, see **Kay –vs.- Ehrler**, 499 U.S. 432. "...The requirement of standing, however, has a core component derived directly from the Constitution. A plaintiff must allege personal injury fairly traceable to defendant's allegedly unlawful conduct and likely to be redressed by the requested relief." Allen v. Wright, 468 U.S. 737 (1984).
5) If at any time in the past Antonio Luis Freire inadvertently waived his rights, surrendered his rights or in any way lessened his status through contract, it would be a nullity as such would have been done without full disclosure, clean hands, good faith, and fair business practices furthermore it would be unconscionable. Let's be clear, no man or woman would knowingly sign away their rights.
6) Express Reservation of Rights: On and for the record, on the face of the court record, Antonio Luis Freire hereby expressly reserves all rights under Nevada and International Law, specifically, Nevada Revised Statutes 104.1308 the Uniform Commercial Code 1-308 as well as international treaties and other Common Law and Superior Court decisions.

7) This is a self-executing contract. Notice to the principal is notice to the agent, notice to the agent is notice to the principal. You are hereby bound to inform all of your superiors and subordinates involved in this matter. If there is something you do not understand clearly, it is incumbent upon you to summon a superior officer, special prosecutor, federal judge or other competent legal counsel to immediately explain the significance of this instrument as per your duties and obligations in respect to this private formal instrument. You have 3, three days from the receipt of this NOTICE to respond on a point by point basis, via sworn Affidavit, under full commercial liability, signing under penalty of perjury that the facts contained therein are true, correct, complete and not misleading. Mere declarations are an insufficient response and a complete nullity. If an extension of time is needed to properly answer, please request such in writing. Failure to respond will be deemed Nihil Dicit Tacit Acquiescence and constitutes agreement with the facts stated within this AFFIDAVIT and as an acceptance of liability. Traitors, Protestants, Liberals and Heretics take heed for I oppose your causes for I am a dignitary with diplomatic immunity here to assist the injured off of the battlefield as is my right. I am a non-combatant and a man of peace. I am one of the protected People and all agents of government are hereby assigned the title of fiduciary to me as such it is your and their duty to protect me as a high priority. I am a man of good will.

8) I have noticed (which is defined as; put on legal notice) by having an independent 3rd party mail copies of this AFFIDAVIT to the following persons on my behalf:

a. Chief Justice of the United States
John G. Roberts, Jr., at
1 First Street, NE, Washington, DC 20543.

b. Chief Justice 9th Circuit Appellate Court
Sidney R. Thomas at
95 7th St, San Francisco, CA 94103.

c. Chief Justice of the US District Court
for the District of Nevada
Judge Gloria M. Navarro, at
333 South Las Vegas Blvd.,
Las Vegas, Nevada 89101

d. Chief Justice of the
State of Nevada Supreme Court
Ron Parraguirre at
201 South Carson Street, Suite 201,
Carson City Nevada 89701 and

e. Executive Director for
The State Bar of Nevada
Kimberly Farmer at
3100 W. Charleston Blvd. Suite 100
Las Vegas, NV 89102.

9) The continued existence of a free and democratic society depends upon recognition of the concept that justice is based upon the rule of law grounded in respect for the dignity of the individual and his capacity through reason for enlightened self-government. Law so grounded makes justice possible, for only through such law does the dignity of the individual attain respect and protection. Without it, individual rights become subject to unrestrained power, respect for law is destroyed, and rational self-government is impossible. No man is so high above the law that they may violate the rights of the People with impunity.
10) Lawyers, as guardians of the law, play a vital role in the preservation of society. The fulfillment of this role requires an understanding by lawyers of their relationship with and function in our legal system. A consequent obligation of lawyers is to maintain the highest standards of ethical conduct. In fulfilling his professional responsibilities, a lawyer necessarily assumes various roles that require the performance of many difficult tasks. Not every situation which he may encounter can be foreseen, but fundamental ethical principles are always present to guide him.
11) It is evident that lawyers have forgotten their duties and obligations by the fact that such a high percentage of cases end with the imprisonment and warehousing of citizens who have not injured another living soul or their property. Since Amendment VI of the federal constitution mandates that the People be allowed Assistance of Counsel for their defense, any limitations or sanctions levied against me for administering such assistance would be a denial of a clearly established constitutional right.
12) Further evidence of the stringent and extensive restrictions of the government can be found throughout the federal constitution. In the 1st Amendment redress of the government has no limitation by time. If one does not successfully defend his rights, he has until his last breath on Earth to seek redress for violations of his rights.
13) Because of the higher level of authority and power held by both judges and lawyers, there are more restrictions and obligations which government officers who hold those titles must answer to. Specifically I speak of the Canons of Law. The canons of professional ethics and cannons of law must be enforced by all courts but most importantly by the Superior Courts when courts of inferior jurisdiction violate such canons and in doing so, violate the rights of the People. Furthermore these canons must be adhered to by members of the Bar if we are to maintain public confidence in the integrity and impartiality of the administration of justice.
14) It is said that in order to become a lawyer in Nevada, the person needs to apply to the State Bar of Nevada and pass the Bar Exam. That may be seen as acceptable in a free society until one understands the law. While the US Supreme Court case NAACP v. Button, (371 U.S. 415) decided that a non-lawyer may assist other members of the group, a wholly different issue was decided in Schware v. Board of Examiners of NM 353 U.S. 232, 239 (1957) wherein it was decided that "Equal protection under the law of the 14th Amendment allows that anyone may practice law."
15) To further establish this fact in law Shuttlesworth v City of Birmingham Alabama, 373 US 262 (1963): Said that if the state does convert your right into a privilege and charge a license and a fee for it you can ignore the license and fee, and engage in the right with impunity. Since the BAR Association requires individuals who wish to practice law to get a license and pay a fee (annual dues), they may be seen as being in contempt of court for disobeying the ruling of the Supreme Court of the United States.

16) Under Title 15 the federal government allows free trade and does not allow monopolies, levying severe sanctions for all those who would violate the rights of the People. Specifically Title 15 U.S. Code § 1 - Trusts, etc., in restraint of trade illegal; penalty, Title 15 U.S. Code § 2 - Monopolizing trade a felony; penalty and Title 15 U.S. Code § 3 - Trusts in Territories or District of Columbia illegal; combination a felony. This is further demonstrated throughout the remainder of Title 15 as though fully enumerated herein.
17) Further government constitutional restrictions may be found in the Nevada Constitution Article 1 Section 15 and the Federal Constitution Article 1 Section 10 which mandate that "No state shall pass any law impairing the obligation of contracts."
18) As our founding fathers wrote in treaty after treaty and federal law upon federal law, the People are free to do as they choose and the penalties for trespassing upon the rights of the People are stringent and extensive. The fundamental rights of the individual are so prominent in law, one need only read the 9th Amendment to the federal constitution to understand government is restricted from infringing upon any right the People choose to name as their own whether they claim such right as a prerogative right, natural right or inalienable right.
19) I have studied law since October of 2010. I live by a wholly different code of ethics and justice. It is my religious understanding through Scientology that "All men of whatever race, color or creed were created equal with equal rights. That all men have inalienable rights to their own religious practices and their performance. That all men have inalienable rights to their own lives. That all men have inalienable rights to their sanity. That all men have inalienable rights to their own defense. That all men have inalienable rights to conceive, choose, assist or support their own organizations, churches and governments. That all men have inalienable rights to think freely, to talk freely, to write freely their own opinions and to counter or utter or write upon the opinions of others. That all men have inalienable rights to the creation of their own kind. That the souls of men have the rights of men. That the study of the mind and the healing of mentally caused ills should not be alienated from religion nor condoned in non-religious fields. And that no agency less than God has the power to suspend or set aside these rights, overtly or covertly. AND WE OF THE CHURCH BELIEVE That Man is basically good. That he is seeking to survive. That his survival depends upon himself and upon his fellows and his attainment of brotherhood with the universe. AND WE OF THE CHURCH BELIEVE THAT THE LAWS OF GOD FORBID MAN to destroy his own kind. To destroy the sanity of another. To destroy or enslave another's soul. To destroy or reduce the survival of one's companions or one's group. AND WE OF THE CHURCH BELIEVE the spirit can be saved and That the spirit alone may save or heal the body." Taken from Scientology 0-8 The Book Of Basics page 409-410.
20) As a man of honor I also have a (religious) code I live by which demands that I never desert a comrade in need, in danger or in trouble. I never withdraw allegiance once granted. I never desert a group to which I owe my support. I never compromise with my own reality (This is not limited to mere groups one may easily recognize). I have a responsibility as a Scientologist as enumerated in THE CODE OF A SCIENTOLOGIST as found in the book Scientology 0-8 The Book Of Basics Pages 389 to 390 "4. To decry and do all I can to abolish any and all abuses against life and mankind… 8. To support true humanitarian endeavors in the fields of human rights. 9. To embrace the policy of equal justice for all. 10. To work for freedom of speech in the world. 11. To actively decry the suppression of

knowledge, wisdom, philosophy or data which would help Mankind. 12. To support the freedom of religion. 17. To take my share of responsibility for the impact of Scientology upon the world. 20. To make the world a saner, better place.

21) It is my wish to help. A basic fact to support this is that if all government agencies follow their Oath of Office and employment contracts they have nothing to fear from me assisting others. If government agents break no laws and comply to their constitutional restrictions they have nothing to fear from the law. I wish to keep the US de facto government in place. I have studied law at length and really see how free we are as a People. I just wish to use the courts, to correct those government officials who violate the Public Trust and who violate the rights of the People for profit. I personally believe through my efforts and those like me who will follow that we will attain our goals and have a world without war and without criminality. I have seen the evils of man and wish to remove such harmful actions from the face of the Earth.

22) As all of my clients (which is defined as paying customers) are elders of the community I will have a written contract which outlines my pay and duties and responsibilities. It is acceptable to me to be called:

1. Private Attorney General.
2. A solicitor.
3. A barrister.
4. Assistance of Counsel.
5. Advocate.
6. Next Friend.
7. Translator.
8. Guardian Ad Litem.
9. General Guardian.
10. A Conservator.
11. General Executor.

23) I reserve my unlimited right to contract as existed long antecedent to the formation of government as a "natural right" which is protected from encroachment by any government official under state and federal constitutions, specifically protected in Article 1 Section 15 of the Nevada State Constitution and Article 1 Section 10 of the United States Constitution.

24) Since public officials are required to swear an oath to uphold the Constitution (as per Article VI, Clause 3), for these same officials to ignore the Court's precedents is equal to a violation of that oath in accordance with Article 4 Section 2. Even though education is the responsibility of the state government, that responsibility must be carried out in a manner consistent with the requirements of the Constitution, particularly the Fourteenth Amendment which provides equal protection under the law.

25) I reserve my right to carry on my own private business in my own way. My power to contract is unlimited. I owe no duty to the State to divulge my business, or to open my doors to an investigation, so far as such may tend to incriminate myself. I owe no such duty to the State, since I receive nothing therefrom beyond the protection of my life and property. My rights are such as existed by the law of the land long antecedent to the organization of the State, and can only be taken away from me by due process of law (not statute), and in accordance with the constitution.

26) On and for the record, this matter is to be on the Public Record, while the matter remains a private Bar Guild matter, I demand an audio and video recording of the proceedings to ensure that all government officials (defined as: Officers, Agents, Representatives and Actors) adhere (defined as: representing truthfully and in detail) to their public oath of office.
27) Despite these government officials having sworn a solemn secret absolute oath to their Guild (known as: The American Bar Association) I demand for these proceedings that the government officials involved in these proceedings support, protect and defend the Constitution and Government of the United States, and the Constitution and government of the State of Nevada, against all enemies, whether domestic or foreign, and that they will bear true faith, allegiance and loyalty to the same, any ordinance, resolution or law of any state notwithstanding, and that they will well and faithfully perform all the duties of their office.
28) In recognition of your service to the community, I hereby accept your oath of office (making each oath a contract). I bind you to your oath of office (making the oath a lawfully bilateral binding contract). I offer you my honor and accept yours in this dealing (this is the consideration of contract). I remind you of your fiduciary obligation (notice of required performance of contract). I extend my sovereign immunity while you carry out my orders. (indemnity of the person while taking the action).
29) I demand that any government official who is unwilling to adhere to their public oath of office to serve honestly, impartiality and fairly as dictated by their public oath (as defined in Nevada Revised Statute 282.020) must recuse themselves as having a conflict of interest and cannot possibly stand under a public oath. Anything less shall be seen as the government agent waging war against the constitution as well as me and my person and my client.
30) Any claim of "immunity" which the government agents could possibly make is a fraud, because if valid, it would prevent removal from office for crimes against the people, which removal is authorized or even mandated under the U.S. Constitution Article 2, Section 4, as well as 18 U.S.C. 241, 42 U.S.C. 1983, 1985, 1986 and other state constitutions.
31) I am both a general guardian and general executor of the matter (trust) before the court, any presumptions that I am by default a pauper, lunatic and therefore must obey the rules of the clerk of guardians (clerk of magistrates court) is hereby void.
32) I am here today by special appearance and refuse to accept the office of trustee as a "public servant" and "government employee" I am merely visiting by "invitation" to clear up the matter and you are not a government employee or public trustee in this instance.
33) I am the clearly established and expressly designated Beneficiary of the constitution as is my client. The public oath of office binds all government officials in a fiduciary obligation to me (as defined by NRS 0.039) and my person (as defined by NRS 205.4611). I am both the general guardian and general executor of the matter (trust) before the court.
34) I hereby assert my right as general Executor and general Beneficiary over my body, mind, soul and property. Therefore, I contend that the judge/magistrate may not assume the role of "true" executor and has no right and no authority to have me arrested, detained, fined or forced into a psychiatric evaluation.
35) I am knowledgeable of the law, I am knowledgeable of the contract, therefore I am competent to represent myself and my person properly as well as others. As an elder of

the community, I know my position as executor and beneficiary and actively rebuke and object to any contrary presumptions.

36) Because the state has failed to prove I am an enemy combatant the actions being brought against me or my person amount to an act of war against one of the people.

37) I did not come this far to fail.

38) Further affiant sayeth not.

Sincerely,

ANTONIO LUIS FREIRE, Agent
3890 CAMBRIDGE STREET Unit 308
LAS VEGAS, NEVADA 89119

SUBSCRIBED and SWORN to before me
On this 28th day of March, 2017

WITNESS — DATE 03/28/2017

WITNESS — DATE 03 28 2017

WITNESS — DATE 03/28/2017

# CLAIM OF RIGHT
# 2ND NOTICE
# AFFIDAVIT

1) After having been duly sworn I, Antonio Luis Freire, agent, in my correct public capacity as beneficiary to the Original Jurisdiction, being of majority age, competent to testify, a self-realized and free sentient man upon the land, my yes be yes, my no be no, do state that the truths and facts herein are of firsthand personal knowledge and that they are true, correct, complete, not just true and correct, certain and not misleading.
2) Antonio Luis Freire has knowledge of copyright laws, and therefore, Antonio Luis Freire has observed the copyright symbol(s) contained within what appears to be ALL Books, Codes, References, Reporters, and the like dealing with law, and such symbol's use and employment in providing notice that the contents therein are the private property of the copyright owner, and Antonio Luis Freire freely admitting that Antonio Luis Freire has neither grant, franchise, license, NOR letter-patent to use said contents, NOR practice the same. Please be advised that ALL Cites thereto, and excerpts therefrom, are utilized and employed herein merely for educational and communicational purposes, to display from where Antonio Luis Freire present understanding inheres from, and, due to the depth of the matter with which this controversy attempts to cover. This disclaimer shall be in effect for the entirety of these proceedings.
3) Antonio Luis Freire is not to be considered a decedent. He has a name and social security number, that number is XXX-XX-XXXX. Antonio Luis Freire (as defined by Nevada Revised Statutes 0.039) is an Authorized Representative for ANTONIO LUIS FREIRE, (a California corporation as defined by Nevada Revised Statutes 205.4611) and is not an attorney so he may be heard by the court in this case, in sworn testimony and through his written word when such is sworn under oath or affirmation.
4) Antonio Luis Freire is claiming to be a Pro Se litigant; allegations such as those asserted by petitioner, however inartfully decreed, are sufficient… which we hold to less stringent standards than formal pleadings drafted by lawyers. **Haines –vs.- Kerner**, 404 U.S. 519 (Reversed & Remanded), and **Woods –vs- Carey**, 525 F3d 886, 889-890 (Reversed & Remanded), and claims Pro Per, in his own person, a rule in pleading that pleas to the jurisdiction of the Court must be pleaded in propria persona, see **Kay –vs.- Ehrler**, 499 U.S. 432. "...The requirement of standing, however, has a core component derived directly from the Constitution. A plaintiff must allege personal injury fairly traceable to defendant's allegedly unlawful conduct and likely to be redressed by the requested relief." Allen v. Wright, 468 U.S. 737 (1984).
5) If at any time in the past Antonio Luis Freire inadvertently waived his rights, surrendered his rights or in any way lessened his status through contract, it would be a nullity as such would have been done without full disclosure, clean hands, good faith, and fair business practices furthermore it would be unconscionable. Let's be clear, no man or woman would knowingly sign away their rights.
6) Express Reservation of Rights: On and for the record, on the face of the court record, Antonio Luis Freire hereby expressly reserves all rights under Nevada and International

3100 W. Charleston Blvd. Suite 100
Las Vegas, NV 89102.

9) The continued existence of a free and democratic society depends upon recognition of the concept that justice is based upon the rule of law grounded in respect for the dignity of the individual and his capacity through reason for enlightened self-government. Law so grounded makes justice possible, for only through such law does the dignity of the individual attain respect and protection. Without it, individual rights become subject to unrestrained power, respect for law is destroyed, and rational self-government is impossible. No man is so high above the law that they may violate the rights of the People with impunity.

10) Lawyers, as guardians of the law, play a vital role in the preservation of society. The fulfillment of this role requires an understanding by lawyers of their relationship with and function in our legal system. A consequent obligation of lawyers is to maintain the highest standards of ethical conduct. In fulfilling his professional responsibilities, a lawyer necessarily assumes various roles that require the performance of many difficult tasks. Not every situation which he may encounter can be foreseen, but fundamental ethical principles are always present to guide him.

11) It is evident that lawyers have forgotten their duties and obligations by the fact that such a high percentage of cases end with the imprisonment and warehousing of citizens who have not injured another living soul or their property. Since Amendment VI of the federal constitution mandates that the People be allowed Assistance of Counsel for their defense, any limitations or sanctions levied against me for administering such assistance would be a denial of a clearly established constitutional right.

12) Further evidence of the stringent and extensive restrictions of the government can be found throughout the federal constitution. In the 1st Amendment redress of the government has no limitation by time. If one does not successfully defend his rights, he has until his last breath on Earth to seek redress for violations of his rights.

13) Because of the higher level of authority and power held by both judges and lawyers, there are more restrictions and obligations which government officers who hold those titles must answer to. Specifically I speak of the Canons of Law. The canons of professional ethics and cannons of law must be enforced by all courts but most importantly by the Superior Courts when courts of inferior jurisdiction violate such canons and in doing so, violate the rights of the People. Furthermore these canons must be adhered to by members of the Bar if we are to maintain public confidence in the integrity and impartiality of the administration of justice.

14) It is said that in order to become a lawyer in Nevada, the person needs to apply to the State Bar of Nevada and pass the Bar Exam. That may be seen as acceptable in a free society until one understands the law. While the US Supreme Court case NAACP v. Button, (371 U.S. 415) decided that a non-lawyer may assist other members of the group, a wholly different issue was decided in Schware v. Board of Examiners of NM 353 U.S. 232, 239 (1957) wherein it was decided that "Equal protection under the law of the 14th Amendment allows that anyone may practice law."

15) To further establish this fact in law Shuttlesworth v City of Birmingham Alabama, 373 US 262 (1963): Said that if the state does convert your right into a privilege and charge a license and a fee for it you can ignore the license and fee, and engage in the right with impunity. Since the BAR Association requires individuals who wish to practice law to get

endeavors in the fields of human rights. 9. To embrace the policy of equal justice for all. 10. To work for freedom of speech in the world. 11. To actively decry the suppression of knowledge, wisdom, philosophy or data which would help Mankind. 12. To support the freedom of religion. 17. To take my share of responsibility for the impact of Scientology upon the world. 20. To make the world a saner, better place.

21) It is my wish to help. A basic fact to support this is that if all government agencies follow their Oath of Office and employment contracts they have nothing to fear from me assisting others. If government agents break no laws and comply to their constitutional restrictions they have nothing to fear from the law. I wish to keep the US de facto government in place. I have studied law at length and really see how free we are as a People. I just wish to use the courts, to correct those government officials who violate the Public Trust and who violate the rights of the People for profit. I personally believe through my efforts and those like me who will follow that we will attain our goals and have a world without war and without criminality. I have seen the evils of man and wish to remove such harmful actions from the face of the Earth.

22) As all of my clients (which is defined as paying customers) are elders of the community I will have a written contract which outlines my pay and duties and responsibilities. It is acceptable to me to be called:

1. Private Attorney General.
2. A solicitor.
3. A barrister.
4. Assistance of Counsel.
5. Advocate.
6. Next Friend.
7. Translator.
8. Guardian Ad Litem.
9. General Guardian.
10. A Conservator.
11. General Executor.

23) I reserve my unlimited right to contract as existed long antecedent to the formation of government as a "natural right" which is protected from encroachment by any government official under state and federal constitutions, specifically protected in Article 1 Section 15 of the Nevada State Constitution and Article 1 Section 10 of the United States Constitution.

24) Since public officials are required to swear an oath to uphold the Constitution (as per Article VI, Clause 3), for these same officials to ignore the Court's precedents is equal to a violation of that oath in accordance with Article 4 Section 2. Even though education is the responsibility of the state government, that responsibility must be carried out in a manner consistent with the requirements of the Constitution, particularly the Fourteenth Amendment which provides equal protection under the law.

25) I reserve my right to carry on my own private business in my own way. My power to contract is unlimited. I owe no duty to the State to divulge my business, or to open my doors to an investigation, so far as such may tend to incriminate myself. I owe no such duty to the State, since I receive nothing therefrom beyond the protection of my life and property. My rights are such as existed by the law of the land long antecedent to the

35) I am knowledgeable of the law, I am knowledgeable of the contract, therefore I am competent to represent myself and my person properly as well as others. As an elder of the community, I know my position as executor and beneficiary and actively rebuke and object to any contrary presumptions.

36) Because the state has failed to prove I am an enemy combatant the actions being brought against me or my person amount to an act of war against one of the people.

37) I did not come this far to fail.

38) Further affiant sayeth not.

Sincerely,

ANTONIO LUIS FREIRE, Agent
3890 CAMBRIDGE STREET Unit 308
LAS VEGAS, NEVADA 89119

SUBSCRIBED and SWORN to before me
On this 18 day of April, 2017

WITNESS Albert K Jackson — DATE April 18, 2017

WITNESS — DATE 18 April, 2017

WITNESS — DATE 4/18/2017

# CLAIM OF RIGHT
# NOTICE OF DEFAULT
# AFFIDAVIT

1) After having been duly sworn I, Antonio Luis Freire, agent, in my correct public capacity as beneficiary to the Original Jurisdiction, being of majority age, competent to testify, a self-realized and free sentient man upon the land, my yes be yes, my no be no, do state that the truths and facts herein are of firsthand personal knowledge and that they are true, correct, complete, not just true and correct, certain and not misleading.
2) Antonio Luis Freire has knowledge of copyright laws, and therefore, Antonio Luis Freire has observed the copyright symbol(s) contained within what appears to be ALL Books, Codes, References, Reporters, and the like dealing with law, and such symbol's use and employment in providing notice that the contents therein are the private property of the copyright owner, and Antonio Luis Freire freely admitting that Antonio Luis Freire has neither grant, franchise, license, NOR letter-patent to use said contents, NOR practice the same. Please be advised that ALL Cites thereto, and excerpts therefrom, are utilized and employed herein merely for educational and communicational purposes, to display from where Antonio Luis Freire present understanding inheres from, and, due to the depth of the matter with which this controversy attempts to cover. This disclaimer shall be in effect for the entirety of these proceedings.
3) Antonio Luis Freire is not to be considered a decedent. He has a name and social security number, that number is XXX-XX-XXXX. Antonio Luis Freire (as defined by Nevada Revised Statutes 0.039) is an Authorized Representative for ANTONIO LUIS FREIRE, (a California corporation as defined by Nevada Revised Statutes 205.4611) and is not an attorney so he may be heard by the court in this case, in sworn testimony and through his written word when such is sworn under oath or affirmation.
4) Antonio Luis Freire is claiming to be a Pro Se litigant; allegations such as those asserted by petitioner, however inartfully decreed, are sufficient... which we hold to less stringent standards than formal pleadings drafted by lawyers. **Haines –vs.- Kerner**, 404 U.S. 519 (Reversed & Remanded), and **Woods –vs- Carey**, 525 F3d 886, 889-890 (Reversed & Remanded), and claims Pro Per, in his own person, a rule in pleading that pleas to the jurisdiction of the Court must be pleaded in propria persona, see **Kay –vs.- Ehrler**, 499 U.S. 432. "...The requirement of standing, however, has a core component derived directly from the Constitution. A plaintiff must allege personal injury fairly traceable to defendant's allegedly unlawful conduct and likely to be redressed by the requested relief." Allen v. Wright, 468 U.S. 737 (1984).
5) If at any time in the past Antonio Luis Freire inadvertently waived his rights, surrendered his rights or in any way lessened his status through contract, it would be a nullity as such would have been done without full disclosure, clean hands, good faith, and fair business practices furthermore it would be unconscionable. Let's be clear, no man or woman would knowingly sign away their rights.
6) Express Reservation of Rights: On and for the record, on the face of the court record, Antonio Luis Freire hereby expressly reserves all rights under Nevada and International

Law, specifically, Nevada Revised Statutes 104.1308 the Uniform Commercial Code 1-308 as well as international treaties and other Common Law and Superior Court decisions.

7) This is a self-executing contract. Notice to the principal is notice to the agent, notice to the agent is notice to the principal. You are hereby bound to inform all of your superiors and subordinates involved in this matter. If there is something you do not understand clearly, it is incumbent upon you to summon a superior officer, special prosecutor, federal judge or other competent legal counsel to immediately explain the significance of this instrument as per your duties and obligations in respect to this private formal instrument. You have 3, three days from the receipt of this NOTICE to respond on a point by point basis, via sworn Affidavit, under full commercial liability, signing under penalty of perjury that the facts contained therein are true, correct, complete and not misleading. Mere declarations are an insufficient response and a complete nullity. If an extension of time is needed to properly answer, please request such in writing. Failure to respond will be deemed Nihil Dicit Tacit Acquiescence and constitutes agreement with the facts stated within this AFFIDAVIT and as an acceptance of liability. Traitors, Protestants, Liberals and Heretics take heed for I oppose your causes for I am a dignitary with diplomatic immunity here to assist the injured off of the battlefield as is my right. I am a non-combatant and a man of peace. I am one of the protected People and all agents of government are hereby assigned the title of fiduciary to me as such it is your and their duty to protect me as a high priority. I am a man of good will.

8) I have noticed (which is defined as; put on legal notice) by having an independent 3rd party mail copies of this AFFIDAVIT to the following persons on my behalf:

a. Chief Justice of the United States
John G. Roberts, Jr., at
1 First Street, NE, Washington, DC 20543.

b. Chief Justice 9th Circuit Appellate Court
Sidney R. Thomas at
95 7th St, San Francisco, CA 94103.

c. Chief Justice of the US District Court
for the District of Nevada
Judge Gloria M. Navarro, at
333 South Las Vegas Blvd.,
Las Vegas, Nevada 89101

d. Chief Justice of the
State of Nevada Supreme Court
Ron Parraguirre at
201 South Carson Street, Suite 201,
Carson City Nevada 89701 and

e. Executive Director for
The State Bar of Nevada
Kimberly Farmer at

3100 W. Charleston Blvd. Suite 100
Las Vegas, NV 89102.

9) The continued existence of a free and democratic society depends upon recognition of the concept that justice is based upon the rule of law grounded in respect for the dignity of the individual and his capacity through reason for enlightened self-government. Law so grounded makes justice possible, for only through such law does the dignity of the individual attain respect and protection. Without it, individual rights become subject to unrestrained power, respect for law is destroyed, and rational self-government is impossible. No man is so high above the law that they may violate the rights of the People with impunity.

10) Lawyers, as guardians of the law, play a vital role in the preservation of society. The fulfillment of this role requires an understanding by lawyers of their relationship with and function in our legal system. A consequent obligation of lawyers is to maintain the highest standards of ethical conduct. In fulfilling his professional responsibilities, a lawyer necessarily assumes various roles that require the performance of many difficult tasks. Not every situation which he may encounter can be foreseen, but fundamental ethical principles are always present to guide him.

11) It is evident that lawyers have forgotten their duties and obligations by the fact that such a high percentage of cases end with the imprisonment and warehousing of citizens who have not injured another living soul or their property. Since Amendment VI of the federal constitution mandates that the People be allowed Assistance of Counsel for their defense, any limitations or sanctions levied against me for administering such assistance would be a denial of a clearly established constitutional right.

12) Further evidence of the stringent and extensive restrictions of the government can be found throughout the federal constitution. In the 1st Amendment redress of the government has no limitation by time. If one does not successfully defend his rights, he has until his last breath on Earth to seek redress for violations of his rights.

13) Because of the higher level of authority and power held by both judges and lawyers, there are more restrictions and obligations which government officers who hold those titles must answer to. Specifically I speak of the Canons of Law. The canons of professional ethics and cannons of law must be enforced by all courts but most importantly by the Superior Courts when courts of inferior jurisdiction violate such canons and in doing so, violate the rights of the People. Furthermore these canons must be adhered to by members of the Bar if we are to maintain public confidence in the integrity and impartiality of the administration of justice.

14) It is said that in order to become a lawyer in Nevada, the person needs to apply to the State Bar of Nevada and pass the Bar Exam. That may be seen as acceptable in a free society until one understands the law. While the US Supreme Court case NAACP v. Button, (371 U.S. 415) decided that a non-lawyer may assist other members of the group, a wholly different issue was decided in Schware v. Board of Examiners of NM 353 U.S. 232, 239 (1957) wherein it was decided that "Equal protection under the law of the 14th Amendment allows that anyone may practice law."

15) To further establish this fact in law Shuttlesworth v City of Birmingham Alabama, 373 US 262 (1963): Said that if the state does convert your right into a privilege and charge a license and a fee for it you can ignore the license and fee, and engage in the right with impunity. Since the BAR Association requires individuals who wish to practice law to get

a license and pay a fee (annual dues), they may be seen as being in contempt of court for disobeying the ruling of the Supreme Court of the United States.

16) Under Title 15 the federal government allows free trade and does not allow monopolies, levying severe sanctions for all those who would violate the rights of the People. Specifically Title 15 U.S. Code § 1 - Trusts, etc., in restraint of trade illegal; penalty, Title 15 U.S. Code § 2 - Monopolizing trade a felony; penalty and Title 15 U.S. Code § 3 - Trusts in Territories or District of Columbia illegal; combination a felony. This is further demonstrated throughout the remainder of Title 15 as though fully enumerated herein.

17) Further government constitutional restrictions may be found in the Nevada Constitution Article 1 Section 15 and the Federal Constitution Article 1 Section 10 which mandate that "No state shall pass any law impairing the obligation of contracts."

18) As our founding fathers wrote in treaty after treaty and federal law upon federal law, the People are free to do as they choose and the penalties for trespassing upon the rights of the People are stringent and extensive. The fundamental rights of the individual are so prominent in law, one need only read the 9th Amendment to the federal constitution to understand government is restricted from infringing upon any right the People choose to name as their own whether they claim such right as a prerogative right, natural right or inalienable right.

19) I have studied law since October of 2010. I live by a wholly different code of ethics and justice. It is my religious understanding through Scientology that "All men of whatever race, color or creed were created equal with equal rights. That all men have inalienable rights to their own religious practices and their performance. That all men have inalienable rights to their own lives. That all men have inalienable rights to their sanity. That all men have inalienable rights to their own defense. That all men have inalienable rights to conceive, choose, assist or support their own organizations, churches and governments. That all men have inalienable rights to think freely, to talk freely, to write freely their own opinions and to counter or utter or write upon the opinions of others. That all men have inalienable rights to the creation of their own kind. That the souls of men have the rights of men. That the study of the mind and the healing of mentally caused ills should not be alienated from religion nor condoned in non-religious fields. And that no agency less than God has the power to suspend or set aside these rights, overtly or covertly. AND WE OF THE CHURCH BELIEVE That Man is basically good. That he is seeking to survive. That his survival depends upon himself and upon his fellows and his attainment of brotherhood with the universe. AND WE OF THE CHURCH BELIEVE THAT THE LAWS OF GOD FORBID MAN to destroy his own kind. To destroy the sanity of another. To destroy or enslave another's soul. To destroy or reduce the survival of one's companions or one's group. AND WE OF THE CHURCH BELIEVE the spirit can be saved and That the spirit alone may save or heal the body." Taken from Scientology 0-8 The Book Of Basics page 409-410.

20) As a man of honor I also have a (religious) code I live by which demands that I never desert a comrade in need, in danger or in trouble. I never withdraw allegiance once granted. I never desert a group to which I owe my support. I never compromise with my own reality (This is not limited to mere groups one may easily recognize). I have a responsibility as a Scientologist as enumerated in THE CODE OF A SCIENTOLOGIST as found in the book Scientology 0-8 The Book Of Basics Pages 389 to 390 "4. To decry and do all I can to abolish any and all abuses against life and mankind... 8. To support true humanitarian

35) I am knowledgeable of the law, I am knowledgeable of the contract, therefore I am competent to represent myself and my person properly as well as others. As an elder of the community, I know my position as executor and beneficiary and actively rebuke and object to any contrary presumptions.
36) Because the state has failed to prove I am an enemy combatant the actions being brought against me or my person amount to an act of war against one of the people.
37) I did not come this far to fail.
38) Further affiant sayeth not.

Sincerely,

ANTONIO LUIS FREIRE, Agent
3890 CAMBRIDGE STREET Unit 308
LAS VEGAS, NEVADA 89119

SUBSCRIBED and SWORN to before me
On this 8th day of May, 2017

| | |
|---|---|
| WITNESS | May 8, 2017<br>DATE |
| WITNESS | 05.08.2017<br>DATE |
| WITNESS | 5-8-17<br>DATE |

7016 1370 0000 0205 8606

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

CARSON CITY, NV 89701 OFFICIAL USE

| | | |
|---|---|---|
| Certified Mail Fee | $3.35 | 0077 |
| Extra Services & Fees (check box, add fee as appropriate) | $2.75 | |
| ☐ Return Receipt (hardcopy) | $0.00 | |
| ☐ Return Receipt (electronic) | $0.00 | |
| ☐ Certified Mail Restricted Delivery | $0.00 | Postmark Here |
| ☐ Adult Signature Required | $0.00 | UNIVERSITY STATION MAR 30 2017 |
| ☐ Adult Signature Restricted Delivery | $0.00 | |
| Postage | $0.70 | |
| Total Postage and Fees | $6.80 | 03/30/2017 |

Sent To: Chief Justice Ron Parraguirre
Street and Apt. No., or PO Box No.: 201 South Carson st. ste. 201
City, State, ZIP+4®: Carson City, Nv. 89701

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

7016 1370 0000 0205 8613

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

LAS VEGAS, NV 89101 OFFICIAL USE

| | | |
|---|---|---|
| Certified Mail Fee | $3.35 | 0077 |
| Extra Services & Fees (check box, add fee as appropriate) | $2.75 | 06 |
| ☐ Return Receipt (hardcopy) | $0.00 | |
| ☐ Return Receipt (electronic) | $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery | $0.00 | UNIVERSITY STATION MAR 30 2017 |
| ☐ Adult Signature Required | $0.00 | |
| ☐ Adult Signature Restricted Delivery | $0.00 | |
| Postage | $0.70 | |
| Total Postage and Fees | $6.80 | 03/30/2017 |

Sent To: Judge Gloria M. Navarro
Street and Apt. No., or PO Box No.: 333 South Las Vegas Blvd.
City, State, ZIP+4®: Las Vegas, Nv. 89101

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

7016 1370 0000 0205 8569

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

SAN FRANCISCO, CA 94103 OFFICIAL USE

| | | |
|---|---|---|
| Certified Mail Fee | $3.35 | 0077 |
| Extra Services & Fees (check box, add fee as appropriate) | $2.75 | 06 |
| ☐ Return Receipt (hardcopy) | $0.00 | |
| ☐ Return Receipt (electronic) | $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery | $0.00 | UNIVERSITY STATION MAR 30 2017 |
| ☐ Adult Signature Required | $0.00 | |
| ☐ Adult Signature Restricted Delivery | $0.00 | |
| Postage | $0.70 | |
| Total Postage and Fees | $6.80 | 03/30/2017 |

Sent To: Chief Justice 9th Circuit App. Court S. R. Thomas
Street and Apt. No., or PO Box No.: 95 7th st.
City, State, ZIP+4®: San Francisco, Ca. 94103

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

7016 1370 0000 0205 8521

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

WASHINGTON, DC 20543 OFFICIAL USE

| | | |
|---|---|---|
| Certified Mail Fee | $3.35 | 0077 |
| Extra Services & Fees (check box, add fee as appropriate) | $2.75 | 06 |
| ☐ Return Receipt (hardcopy) | $0.00 | |
| ☐ Return Receipt (electronic) | $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery | $0.00 | UNIVERSITY STATION MAR 30 2017 |
| ☐ Adult Signature Required | $0.00 | |
| ☐ Adult Signature Restricted Delivery | | |
| Postage | $0.70 | |
| Total Postage and Fees | $6.80 | 03/30/2017 |

Sent To: Chief Justice U.S. John G. Roberts, Jr.
Street and Apt. No., or PO Box No.: 1 First st. NE Washington, DC. 20543
City, State, ZIP+4®

7016 1370 0000 0205 8590

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

LAS VEGAS, NV 89102 OFFICIAL USE

| | | |
|---|---|---|
| Certified Mail Fee | $3.35 | 0077 |
| Extra Services & Fees (check box, add fee as appropriate) | $2.75 | 06 |
| ☐ Return Receipt (hardcopy) | $0.00 | |
| ☐ Return Receipt (electronic) | $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery | $0.00 | UNIVERSITY STATION MAR 30 2017 |
| ☐ Adult Signature Required | $0.00 | |
| ☐ Adult Signature Restricted Delivery | | |
| Postage | $0.70 | |
| Total Postage and Fees | $6.80 | 03/30/2017 |

Sent To: Executive Director Kimberly Farmer
Street and Apt. No., or PO Box No.: 3100 W. Charleston Blvd. ste. 100
City, State, ZIP+4®: Las Vegas, Nv. 89102

7016 0600 0000 8179 5134

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

LAS VEGAS, NV 89102 OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee $ | $3.35 |
| Extra Services & Fees *(check box, add fee as appropriate)* | $2.75 |
| ☐ Return Receipt (hardcopy) $ | $0.00 |
| ☐ Return Receipt (electronic) $ | $0.00 |
| ☐ Certified Mail Restricted Delivery $ | $0.00 |
| ☐ Adult Signature Required $ | $0.00 |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $ | $1.19 |
| Total Postage and Fees $ | $7.29 |

Postmark Here: 0017 05 — USPS 89119 VALLEY STATION APR 21 2017 — 04/21/2017

Sent To: Executive Director Kimberly Farmer
Street and Apt. No., or PO Box No.: 3100 W. Charleston blvd. ste. 100
City, State, ZIP+4®: Las Vegas, Nv. 89102

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

7016 0600 0000 8179 5219

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

SAN FRANCISCO, CA 94103 OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee $ | $3.35 |
| Extra Services & Fees *(check box, add fee as appropriate)* | $2.75 |
| ☐ Return Receipt (hardcopy) $ | $0.00 |
| ☐ Return Receipt (electronic) $ | $0.00 |
| ☐ Certified Mail Restricted Delivery $ | $0.00 |
| ☐ Adult Signature Required $ | $0.00 |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $ | $1.19 |
| Total Postage and Fees $ | $7.29 |

Postmark Here: 0017 05 — USPS 89119 PARADISE VALLEY APR 21 2017 — 04/21/2017

Sent To: Chief Justice S.R. Thomas 9th Cir. App. Court
Street and Apt. No., or PO Box No.: 95 7th st.
City, State, ZIP+4®: San Francisco, Ca. 94103

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

7016 0600 0000 8179 5202

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

CARSON CITY, NV 89701 OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee $ | $3.35 |
| Extra Services & Fees *(check box, add fee as appropriate)* | $2.75 |
| ☐ Return Receipt (hardcopy) $ | $0.00 |
| ☐ Return Receipt (electronic) $ | $0.00 |
| ☐ Certified Mail Restricted Delivery $ | $0.00 |
| ☐ Adult Signature Required $ | $0.00 |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $ | $1.19 |
| Total Postage and Fees $ | $7.29 |

Postmark Here: 0017 05 — USPS 89119 PARADISE APR 21 2017 — 04/21/2017

Sent To: Chief Justice R. Parraguirre
Street and Apt. No., or PO Box No.: 201 S. Carson st. ste. 201
City, State, ZIP+4®: Carson City, Nv. 89701

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

7016 0600 0000 8179 5196

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

WASHINGTON, DC 20543 OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee $ | $3.35 |
| Extra Services & Fees *(check box, add fee as appropriate)* | $2.75 |
| ☐ Return Receipt (hardcopy) $ | $0.00 |
| ☐ Return Receipt (electronic) $ | $0.00 |
| ☐ Certified Mail Restricted Delivery $ | $0.00 |
| ☐ Adult Signature Required $ | $0.00 |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $ | $1.19 |
| Total Postage and Fees $ | $7.29 |

Postmark Here: 0017 05 — USPS 89119 STATION VALLEY PA APR 21 2017 — 04/21/2017

Sent To: Chief Justice John G. Roberts Jr.
Street and Apt. No., or PO Box No.: 1 first street, NE, ~~[illegible]~~
City, State, ZIP+4®: Washington, DC 20543

7016 0600 0000 8179 5189

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

LAS VEGAS, NV 89101 OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee $ | $3.35 |
| Extra Services & Fees *(check box, add fee as appropriate)* | $2.75 |
| ☐ Return Receipt (hardcopy) $ | $0.00 |
| ☐ Return Receipt (electronic) $ | $0.00 |
| ☐ Certified Mail Restricted Delivery $ | $0.00 |
| ☐ Adult Signature Required $ | $0.00 |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $ | $1.19 |
| Total Postage and Fees $ | $7.29 |

Postmark Here: 0017 05 — 89119 STATION APR 21 2017 — 04/21/2017

Sent To: Chief Justice Gloria Navarro
Street and Apt. No., or PO Box No.: 333 So. Las Vegas blvd
City, State, ZIP+4®: Las Vegas, Nv. 89101

7016 0600 0000 8179 5066

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

SAN FRANCISCO, CA 94103 OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee $ | $3.35 |
| Extra Services & Fees (check box, add fee as appropriate) | $2.75 |
| ☐ Return Receipt (hardcopy) $ | $0.00 |
| ☐ Return Receipt (electronic) $ | $0.00 |
| ☐ Certified Mail Restricted Delivery $ | $0.00 |
| ☐ Adult Signature Required $ | $0.00 |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $ | $0.70 |
| Total Postage and Fees $ | $6.80 |

0077
25
Postmark Here
MAY 11 2017
05/11/2017

Sent To: Chief Justice Sidney Thomas
Street and Apt. No., or PO Box No.: 95 7th st.
City, State, ZIP+4®: San Francisco, Ca. 94103

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

7016 0600 0000 8179 5059

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

WASHINGTON, DC 20543 OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee $ | $3.35 |
| Extra Services & Fees (check box, add fee as appropriate) | $2.75 |
| ☐ Return Receipt (hardcopy) $ | $0.00 |
| ☐ Return Receipt (electronic) $ | $0.00 |
| ☐ Certified Mail Restricted Delivery $ | $0.00 |
| ☐ Adult Signature Required $ | $0.00 |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $ | $0.70 |
| Total Postage and Fees $ | $6.80 |

0077
25
Postmark Here
MAY 11 2017
05/11/2017

Sent To: Chief Justice John G. Roberts Jr.
Street and Apt. No., or PO Box No.: 1 First Street, N.E.
City, State, ZIP+4®: Washington, DC 20543

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

7016 0600 0000 8179 5073

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

LAS VEGAS, NV 89101 OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee $ | $3.35 |
| Extra Services & Fees (check box, add fee as appropriate) | $2.75 |
| ☐ Return Receipt (hardcopy) $ | $0.00 |
| ☐ Return Receipt (electronic) $ | $0.00 |
| ☐ Certified Mail Restricted Delivery $ | $0.00 |
| ☐ Adult Signature Required $ | $0.00 |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $ | $0.70 |
| Total Postage and Fees $ | $6.80 |

0077
25
Postmark Here
MAY 11 2017
05/11/2017

Sent To: Chief Justice Gloria Navarro
Street and Apt. No., or PO Box No.: 333 S. Las Vegas Blvd.
City, State, ZIP+4®: Las Vegas, Nv. 89101

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

7016 0600 0000 8179 5080

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

CARSON CITY, NV 89701 OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee $ | $3.35 |
| Extra Services & Fees (check box, add fee as appropriate) | $2.75 |
| ☐ Return Receipt (hardcopy) $ | $0.00 |
| ☐ Return Receipt (electronic) $ | $0.00 |
| ☐ Certified Mail Restricted Delivery $ | $0.00 |
| ☐ Adult Signature Required $ | $0.00 |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $ | $0.70 |
| Total Postage and Fees $ | $6.80 |

0077
25
Postmark Here
MAY 11 2017
05/11/2017

Sent To: Chief Justice Ron Parraguirre
Street and Apt. No., or PO Box No.: 201 S. Carson street ste 201
City, State, ZIP+4®: Carson City, Nv. 89701

7016 0600 0000 8179 5097

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

LAS VEGAS, NV 89102 OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee $ | $3.35 |
| Extra Services & Fees (check box, add fee as appropriate) | $2.75 |
| ☐ Return Receipt (hardcopy) $ | $0.00 |
| ☐ Return Receipt (electronic) $ | $0.00 |
| ☐ Certified Mail Restricted Delivery $ | $0.00 |
| ☐ Adult Signature Required $ | $0.00 |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $ | $0.70 |
| Total Postage and Fees $ | $6.80 |

0077
25
Postmark Here
MAY 11 2017
05/11/2017

Sent To: Executive Director K. Farmer
Street and Apt. No., or PO Box No.: 3100 W. Charleston Blvd. ste 100
City, State, ZIP+4®: Las Vegas, Nv 89102

# AFFIDAVIT

I, Antonio Luis Freire, agent, in my correct public capacity as beneficiary to the Original Jurisdiction, being of majority age, competent to testify, a self-realized and free sentient man upon the land, my yes be yes, my no be no, do state that the truths and facts herein are of firsthand personal knowledge and that they are true, correct, complete, not just true and correct, certain and not misleading.

1) Antonio Luis Freire has knowledge of copyright laws, and therefore, Antonio Luis Freire has observed the copyright symbol(s) contained within what appears to be ALL Books, Codes, References, Reporters, and the like dealing with law, and such symbol's use and employment in providing notice that the contents therein are the private property of the copyright owner, and Antonio Luis Freire freely admitting that Antonio Luis Freire has neither grant, franchise, license, NOR letter-patent to use said contents, NOR practice the same. Please be advised that ALL Cites thereto, and excerpts therefrom, are utilized and employed herein merely for educational and communicational purposes, to display from where Antonio Luis Freire present understanding inheres from, and, due to the depth of the matter with which this controversy attempts to cover. This disclaimer shall be in effect for the entirety of these proceedings.

2) Antonio Luis Freire is not to be considered a decedent. He has a name and social security number, that number is XXX-XX-XXXX. Antonio Luis Freire (as defined by Nevada Revised Statutes 0.039) is an Authorized Representative for ANTONIO LUIS FREIRE, (a California corporation as defined by Nevada Revised Statutes 205.4611) and is not an attorney so he may be heard by the court in this case, in sworn testimony and through his written word when such is sworn under oath or affirmation.

3) Antonio Luis Freire is claiming to be a Pro Se litigant; allegations such as those asserted by petitioner, however inartfully decreed, are sufficient… which we hold to less stringent standards than formal pleadings drafted by lawyers. **Haines –vs.- Kerner**, 404 U.S. 519 (Reversed & Remanded), and **Woods –vs- Carey**, 525 F3d 886, 889-890 (Reversed & Remanded), and claims Pro Per, in his own person, a rule in pleading that pleas to the jurisdiction of the Court must be pleaded in propria persona, see **Kay –vs.- Ehrler**, 499 U.S. 432. "...The requirement of standing, however, has a core component derived directly from the Constitution. A plaintiff must allege personal injury fairly traceable to defendant's allegedly unlawful conduct and likely to be redressed by the requested relief." Allen v. Wright, 468 U.S. 737 (1984).

4) If at any time in the past Antonio Luis Freire inadvertently waived his rights, surrendered his rights or in any way lessened his status through contract, it would be a nullity as such would have been done without full disclosure, clean hands, good faith, and fair business practices furthermore it would be unconscionable. Let's be clear, no man or woman would knowingly sign away their rights.

10) Since public officials are required to swear an oath to uphold the Constitution (as per Article VI, Clause 3), for these same officials to ignore the Court's precedents is equal to a violation of that oath in accordance with Article 4 Section 1. Even though education is the responsibility of the state government, that responsibility must be carried out in a manner consistent with the requirements of the Constitution, particularly the Fourteenth Amendment which provides equal protection under the law.

11) I reserve my right to carry on my own private business in my own way. My power to contract is unlimited. I owe no duty to the State to divulge my business, or to open my doors to an investigation, so far as such may tend to incriminate myself. I owe no such duty to the State, since I receive nothing therefrom beyond the protection of my life and property. My rights are such as existed by the law of the land long antecedent to the organization of the State, and can only be taken away from me by due process of law (not statute), and in accordance with the constitution.

12) In recognition of your service to the community, I hereby accept your oath of office (making each oath a contract). I bind you to your oath of office (making the oath a lawfully bilateral binding contract). I offer you my honor and accept yours in this dealing (this is the consideration of contract). I remind you of your fiduciary obligation (notice of required performance of contract). I extend my sovereign immunity while you carry out my orders. (indemnity of the person while taking the action).

13) I demand that any government official who is unwilling to adhere to their public oath of office to serve honestly, impartiality and fairly as dictated by their public oath (as defined in Nevada Revised Statute 282.020) must recuse themselves as having a conflict of interest and cannot possibly stand under a public oath. Anything less shall be seen as the government agent waging war against the constitution as well as me and my person.

14) Any claim of "immunity" which the government agents could possibly make is a fraud, because if valid, it would prevent removal from office for crimes against the people, which removal is authorized or even mandated under the U.S. Constitution Article 2, Section 4, as well as 18 U.S.C. 241, 42 U.S.C. 1983, 1985, 1986 and other state constitutions.

15) I am the clearly established and expressly designated Beneficiary of the constitution. The public oath of office binds all government officials in a fiduciary obligation to me (as defined by NRS 0.039) and my person (as defined by NRS 205.4611). I am both the general guardian and general executor of the matter (trust) before the court.

16) I hereby assert my right as general Executor and general Beneficiary over my body, mind, soul and property. Therefore, I contend that the judge/magistrate may not assume the role of "true" executor and has no right and no authority to have me arrested, detained, fined or forced into a psychiatric evaluation.

17) I am knowledgeable of the law, I am knowledgeable of the contract, therefore I am competent to represent myself and my person properly. As an elder of the community, I

know my position as executor and beneficiary and actively rebuke and object to any contrary presumptions.

18) In accordance with New York ex rel. Bank of Commerce v. Commissioner of Taxes for City and County of New York, 2 Black 620 (1863) Please take mandatory notice (Federal Rules of Evidence201(d)) that the Plaintiff has a lawful right to proceed without cost, based upon the following law: The Supreme Court has ruled that a natural individual entitled to relief is entitled to free access to its judicial tribunals and public offices in every State in the Union (2 Black 620, see also Crandall v. Nevada, 6 Wall 35). Plaintiff should not be charged fees, or costs for the lawful and constitutional right to petition this court in this matter in which he is entitled to relief, as it appears that the filing fee rule was originally implemented for fictions and subjects of the State and should not be applied to the Plaintiff who is a natural individual and entitled to relief (Hale v. Henkel) (201 U.S. 43).

19) I intend to subpoena the judges listed herein because there is some discrepancy with the name(s) they had on the bench and the names listed in the website. 2 judges denied my right to represent clients. I have 2 independent witnesses who will supply affidavits which support this claim as well as the affidavits of my clients. I wish to identify these judges personally before I levy the full weight of these charges against them because I have seen judges sit on the bench with a different judges' name plate.

20) Further affiant sayeth not.

____________________ 14 Aug 17

Antonio Luis Freire, Agent — Date

State of Nevada
County of Clark

Subscribed and sworn to (or affirmed) before me, this 14 day of AUG, 2017,
By ANTONIO LUIS FREIRE

____________________

Notary Public

My commission expires: 01/10/2021

MARVIN LOPEZ VILLANUEVA
Notary Public State of Nevada
No. 17-1186-1
My Appt. Exp. January 10, 2021