UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ANTONIO LUIS FREIRE,<br><br>                  Plaintiff,<br><br>  v.<br><br>SULLIVAN, *et al.*,<br><br>                  Defendants. | Case No. 2:17-cv-02185-RFB-VCF<br><br>**<u>ORDER</u>** |

Before the Court for consideration is the Report and Recommendation (ECF No. 2) of the Honorable Cam Ferenbach, United States Magistrate Judge, entered August 25, 2017.

A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). A party may file specific written objections to the findings and recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Local Rule IB 3-2(a). When written objections have been filed, the district court is required to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); <u>see also</u> Local Rule IB 3-2(b). Where a party fails to object, however, a district court is not required to conduct "any review," de novo or otherwise, of the report and recommendations of a magistrate judge. <u>Thomas v. Arn</u>, 474 U.S. 140, 149 (1985). Pursuant to Local Rule IB 3-2(a), objections were due by September 8, 2017. No objections have been filed. The Court has reviewed the record in this case and concurs with the Magistrate Judge's recommendations.

**IT IS THEREFORE ORDERED** that the Report and Recommendation (ECF No. 2) is ACCEPTED and ADOPTED in full.

**IT IS FURTHER ORDERED** that, in light of the frivolous (and delusional) nature of Mr. Freire's claims, Mr. Freire's Complaint (ECF No. 1-1) is DISMISSED WITH PREJUDICE.

The Clerk of Court is directed to serve a copy of this Order upon Plaintiff and close case.

DATED: February 14, 2018.

_____
**RICHARD F. BOULWARE, II**
**United States District Judge**